



**LED OUTDOOR LIGHTING** | **CATALOG 2021**

Exhibit C

# COMPANY PROFILE

## About us

Morelux was formed in 2000.We have over 750,000 square feet modern facility and have over 600 employees. Our roots go back to the late 80's with Morelux Plastics, a highly successful component manufacturer specializing in supplying lenses, refractors and globes to the lighting industry. Today Morelux specializes in designing, engineering, manufacturing, and distributing state-of-the-art lighting fixtures. Morelux affording complete self-reliance and cost savings for the customers. Our primary purpose is to provide our customers quality products as requested, as designed and on-time. To do this,we draw on a global pool of resources to ensure our customers get nothing but the best.

## Manufacturing & Beyond

We have a wide range of processes and materials that we are experts at, and modern well-maintained equipment designed to accomplish most manufacturing tasks.



**1 STEEL**   Stamping, CNC Machining, Laser-Cutting, Welding,Casting, Spinning, Hydro Form, Fabrication,  Arc Welding.

**2 FINISH**  Chemical treatment, Polyester powder coat, Wet paint, Galvanized, Anodizing, Vacuum metalizing,Brushed satin, Chrome Nickel, Mirror, & cold-mirror.

**3 ALUMINUM**   High & Low-pressure die-cast, Gravity/Permanent molding, Sand-cast, Spinning, Hydro form, Welding,Fabrication,TIG & MIG Welding.

# COMPANY PROFILE

**4** **BRASS & BRONZE**  High-pressure injection, Casting, CNC machining,Fabrication.

**5** **GRP**  Injection molding, Compression molding.

**6** **GLASS**  Press-Borosilicate & Soda-lime, Water jet cutting, Silkscreen, Tempering, Annealing, Acid treatment & etching.

**7** **PLASTICS**  Injection molding, Injection blowmolding,Extrusion,  blowmolding, Vacuum forming, Roto-molding.

**8** **ASSEMBLY & FABRICATION**  Wiring, Shaping, Welding, Fixture Construction

**9** **TOOLING**  Manufacturing tools for Stamping, Spinning, Hydroform, Injection die-cast, Gravity, Sand-cast, Press glass Extrusion, Injection, Blow-molding, Vacuum, Roto-molding.

**10** **TESTING**  Vibration, X-Ray, UL, CSA, ETL, CNC tracing, IP rating, Pressure/explosion testing, Photometric testing,Corrosion salt testing and much more.

## Taking Quality Control To A Whole New Level

Here at Morelux, we truly believe that a product of good quality speaks for itself; and coming into this new decade, we have pushed the envelope on industry standards to make our quality even greater. Our wholly vertically integrated company structure allows us to have the expertise and ability to engage and monitor every step of the manufacturing process, from: CNC machining and laser-cutting steel, chemical treatment and powder coating, high & low-pressure die-casting aluminum, injection and casting brass/bronze, tempering and annealing glass, injection molding plastics, full assembly and fabrication, manufacturing tooling, to IP rating and photometric testing, etc.; all of which follow strict rules of our "18-Point Production Part Approval Process(PPAP) System" to ensure each process is executed to the highest of standards. In turn, allowing your business to thrive with the confidence that the quality of our products exceeds your expectations.

    

  

# COMPANY PROFILE

## New Product Development

Morelux is far more than a custom manufacturer. We provide complete turnkey new product development services for our customers. We can be involved as little or as much as you desire with your new product development cycle. As our designers and engineers have been involved with our factories for many years, they can often incorporate cost savings, designs and unique processes to make the production of your custom product as economical as possible

Let us help you in bringing new concepts to life and design a dedicated solution that's just right for you. Use our team of project managers, designers, engineers, and technicians as an extension of your own design team-- the whole of Morelux capabilities are available to help you increase your new product development throughput. We are dedicated to designing and manufacturing to your exacting standards, compliant with the latest trends in technology and industry/energy standards

 

## YOU COME UP WITH THE CONCEPT AND WE'LL DO THE REST!

### CONCEPT BY CUSTOMER

From initial sketches to comprehensive 3D modeling & rendering.

### DESIGN & ENGINEERING

Broad spectrum of services from electrical and mechanical, to optical and photometric engineering.

### PROTOTYPING

Many years of experience prototyping of one-offs for customer approval.

### PRODUCTION

### TOOLING

Extensive experience in creating tools in our in-house facility for a number of processes & materials including diecast aluminum, stamping and punching,plastic injection molding, extrusions, plastic injection molding, extrusions, blow molding and thermoforming.

### TESTING & CERTIFICATION

We have the equipment and the trained personnel for any conceivable testing or certification in the lighting & industrial equipment industries.

Now we are ready for production. We can do small runs or large ones. We will advise you of the manufacturing efficiencies and cost savings of the  different options.

## RESIDENTIAL OUTDOOR LIGHTS


SWB100
PAGE NO : 1


SWB200
PAGE NO : 2


OWP100
PAGE NO : 3


OWP200-300
PAGE NO : 4


WSC200
PAGE NO : 5


SWF200
PAGE NO : 6


CT1011
PAGE NO : 7


SWF400
PAGE NO : 8


SWF500
PAGE NO : 9


DTD310-330
PAGE NO : 10-11


FWL110-440
PAGE NO : 12-14


CSM100-200
PAGE NO : 15

## COMMERCIAL OUTDOOR LIGHTS


OVL500/OVL520
PAGE NO : 17


FWL200-400
PAGE NO : 18-20


WPL210-230
PAGE NO : 21-22


DCL102
PAGE NO : 23


DCL150S
PAGE NO : 24


DCL160S-180S
PAGE NO : 25-26


DCL150
PAGE NO : 27-28


DCL360
PAGE NO : 29


WLL120/WLL140
PAGE NO : 30


FLL410-430
PAGE NO : 31-32


FLL510-560
PAGE NO : 33-34


FLL310-350
PAGE NO : 35-36


CVL603
PAGE NO : 37


CVL403/CVL503
PAGE NO : 38


CVL601/CVL602
PAGE NO : 39


DTD430-450
PAGE NO : 40-41


FSL530-550
PAGE NO : 42-43

## PROFESSIONAL OUTDOOR LIGHTS


CLL220/CLL440
PAGE NO : 45


WPL110-150
PAGE NO : 46-47


ARL460-500
PAGE NO : 48-49


FSL600-650
PAGE NO : 50-51


ARL680
PAGE NO : 52


CHL510-520
PAGE NO : 53


CHL540-550
PAGE NO : 54


RBL400/SSB600/TRB600
PAGE NO : 55


SRB800
PAGE NO : 56


FLL800-810
PAGE NO : 57

## SPECIAL OUTDOOR LIGHTS


VPL
PAGE NO : 59


DLL320
PAGE NO : 60


CVL700
PAGE NO : 61


CVL800
PAGE NO : 62


CVL710
PAGE NO : 63


CVL810
PAGE NO : 64



RESIDENTIAL
LIGHTS

# WALL LIGHT
# DESCRIPTION

## RESIDENTIAL OUTDOOR LIGHT

## MODEL: SWB100

 c UL us LISTED

 WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| SWB100-12W | 945LM | UP TO 80LPW | 120V | >80 | N/A | 35W MH | -30-40℃ | 5 YEARS |

Φ125 [Φ4.92"]    157.6 [6.21"]    84.6 [3.33"]

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|
| SWB100 | 12W | 30K = 3000K<br>40K = 4000K | V1 = 120V | N = Non-Dimming | PC = Photocell<br>NA = None | BZ = Bronze   SL = Silver<br>WH = White   GY = Gray<br>BK = Black | |

**ORDERING INFORMATION (SWB100-12W-30K-V1-N-PC-BZ)**



- Impact & weather resistant fixture with full polycarbonate housings and lenses. Glare free and frosted lens for an inviting and even light distribution

- Universal mounting plate with integral wire hooks for easy hands free installation

- Photocell included with optional photocell cap

- Name brand LED chips and YG driver @5 year warranty

1

# WALL LIGHT
## DESCRIPTION

## RESIDENTIAL OUTDOOR LIGHT

### MODEL: SWB200

 

WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| SWB200-12W | 1000LM | UP TO 85LPW | 120V | >80 | N/A | 35W MH | -30-40℃ | 5 YEARS |

205.1mm 8.08''

236.1mm 9.30''

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|
| SWB200 | 12W | AD = CCT Adjustable | V1 = 120V | N = Non-Dimming | PC = Photocell<br>NA = None | BZ = Bronze   SL = Silver<br>WH = White   GY = Gray<br>BK = Black | |

**ORDERING INFORMATION (SWB200-12W-AD-V1-N-PC-BZ)**



PHOTOMETRY

SWB200-12W
Mounting Height=8.00 FT

SCALE: 1 INCH = 8 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 1.50 FC
FOOT CANDLE= 1 2 .75 .5 1

- Impact & weather resistant fixture with full polycarbonate housings and lenses. Glare free and frosted lens for an inviting and even light distribution

- Universal mounting plate with integral wire hooks for easy hands free installation. Pivot arm for ceiling mount and wall mount

- Photocell included with optional photocell cover

- Name brand chip and DOB technology @ 5 year warranty

# WALL PACK
## DESCRIPTION




## RESIDENTIAL OUTDOOR LIGHT

### MODEL: OWP100

  WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| OWP100-12W | 945LM | UP TO 80LPW | 120V | >80 | N/A | 35W MH | -30-40℃ | 5 YEARS |



158.4mm [6.238"]

63.5mm [2.500"]

196.4mm [7.734"]

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|
| SWB200 | 12W | 30K = 3000K<br>40K = 4000K | V1 = 120V | N = Non-Dimming | PC = Photocell<br>NA = None | BZ = Bronze   SL = Silver<br>WH = White   GY = Gray<br>BK = Black | |

**ORDERING INFORMATION (OWP100-12W-30K-V1-N-PC-BZ)**



PHOTOMETRY

OWP100-12W
Mounting Height=12.00 FT

.5
.2
.1

SCALE: 1 INCH = 12 FT.
LIGHT LOSS FACTOR = 1.00

MAXIMUM CALCULATED VALUE = 0.88 FC
FOOT CANDLE= 1 .2 .5

- Impact & weather resistant fixture with full polycarbonate housings and lenses. Glare free and frosted lens for an inviting and even light distribution

- Universal mounting plate with integral wire hooks for easy hands free installation

- Photocell included with optional photocell cover

- Name brand chip and YG driver @ 5 year warranty

# WALL PACK
## DESCRIPTION



## RESIDENTIAL OUTDOOR LIGHT

**MODEL: OWP200/OWP300**

    WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| OWP200-15W | 1780LM | UP TO 128LPW | 120-277V | >70 | N/A | 50W MH | -30-40°C | 5 YEARS |
| OWP300-28W | 3375LM | UP TO 127LPW | 120-277V | >70 | N/A | 100W MH | -30-40°C | 5 YEARS |

115mm
138.7mm
138.7mm
289.5mm

180.3mm
89mm
138.7mm
180.3mm

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|
| OWP200 OWP300 | 15W 28W | 40K = 4000K 50K = 5000K | V8 = 120-277V | N = Non-Dimming | PC = Photocell NA = None | BZ = B ronze WH = White BK = Black | SL = Silver GY = Gray |

**ORDERING INFORMATION (OWP200-15W-40K-V8-N-PC-BZ)**





## ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

- Impact & weather resistant fixture with full polycarbonate front housing and lenses. Prismatic lens for better glare control
- Universal mounting plate with integral wire hooks for easy hands free installation
- Photocell included with optional photocell cover
- Name brand chip and driver @ 5 year warranty

4

# WALL SCONCE
# DESCRIPTION

## RESIDENTIAL OUTDOOR LIGHT

### MODEL: WSC200

  WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| WSC200-20W | 1400LM | UP TO 75LPW | 120V | >80 | N/A | 50W MH | -30-40℃ | 5 YEARS |



Ø90mm (Ø3.54")
239.6mm (9.44")
Ø125mm (Ø4.92")
120mm (4.72")

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|
| WSC200 | 20W | 30K = 3000K<br>40K = 4000K | V1 = 120V | N = Non-Dimming | PC = Photocell<br>NA = None | BZ = B ronze  SL = Silver<br>WH = White  GY = Gray<br>BK = Black | |

**ORDERING INFORMATION (WSC200-20W-30K-V1-N-PC-BZ)**



- Impact & weather resistant fixture with full polycarbonate housings and lenses. Glare free and frosted lens for an inviting and even light distribution

- Universal mounting plate with integral wire hooks for easy hands free installation

- Name brand chip and YG driver @ 5 year warranty

5

# SECURITY LIGHT
# DESCRIPTION

## RESIDENTIAL OUTDOOR LIGHT

### MODEL: SWF200

  WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| SWF200-12W | 1200LM | UP TO 100LPW | 120V | >80 | N/A | 75W MH | -30-40℃ | 5 YEARS |



| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|
| SWF200 | 12W | 30K = 3000K<br>40K = 4000K | V1 = 120V | N = Non-Dimming | PC = Photocell<br>NA = None | BZ = Bronze  SL = Silver<br>WH = White  GY = Gray<br>BK = Black | |

**ORDERING INFORMATION (SWF200-12W-30K-V1-N-PC-BZ)**



- Impact & weather resistant fixture with full polycarbonate housings and lenses. Glare free and frosted lens for an inviting and even light distribution

- Universal mounting plate with integral wire hooks for easy hands free installation

- Photocell included with optional photocell cover

- Name brand chip and YG driver @ 5 year warranty

6

# SECURITY LIGHT
# DESCRIPTION

## RESIDENTIAL OUTDOOR LIGHT

## MODEL: CT1011

 c(UL)us LISTED

WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| CT1011-20W | 1700LM | UP TO 85LPW | 120V | >70 | N/A | 75W MH | -30-40℃ | 5 YEARS |



213.94mm 8.42''

129.50mm 5.10''

226.52mm 8.92''

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|
| CT1011 | 20W | 40K = 4000K | V1 = 120V | N = Non-Dimming | PC = Photocell<br>NA = None | BZ = Bronze<br>WH = White<br>BK = Black | SL = Silver<br>GY = Gray |

**ORDERING INFORMATION (CT1011-20W-40K-V1-N-PC-BZ)**



PHOTOMETRY

CT1011-20W
Mounting Height=12.00 FT

SCALE: 1 INCH = 6 FT.
LIGHT LOSS FACTOR = 1.00

MAXIMUM CALCULATED VALUE = 18.58 FC

FOOT CANDLE= .5 1 2 5 10

- Impact & weather resistant fixture with full polycarbonate housings

- PAR30 bulb with glare free lens @ 5 year warranty

- Universal mounting plate with integral wire hooks for easy hands free installation

- Photocell included with optional photocell cover

7




# SECURITY LIGHT
# DESCRIPTION

## RESIDENTIAL OUTDOOR LIGHT

### MODEL: SWF400

  WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| SWF400-22W | 2250LM | UP TO 105LPW | 120V | >70 | N/A | 75W MH | -30-40℃ | 5 YEARS |



| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|
| SWF400 | 22W | AD = Adjustable | V1 = 120V | N = Non-Dimming | PC = Photocell<br>NA = None | BZ = Bronze  SL = Silver<br>WH = White  GY = Gray<br>BK = Black | |

**ORDERING INFORMATION (SWF400-22W-AD-V1-N-PC-BZ)**



PHOTOMETRY
SWF400-22W
Mounting Height=10.00 FT

SCALE: 1 INCH = 10 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 9.03 FC
FOOT CANDLE = .1 .2 .5 1 2 5

- Impact & weather resistant fixture with die cast housings and glass lenses. Prismatic lenses for better glare control
- Universal mounting plate with integral wire hooks for easy hands free installation
- Photocell included with optional photocell cover
- Remote control for easy CCT adjustable
- Name brand chip and driver @ 5 year warranty

8



# SECURITY LIGHT
# DISCRIPTION

## RESIDENTIAL OUTDOOR LIGHT

### MODEL.: SWF500

  WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| SWF500-22W | 3000LM | UP TO 136LPW | 120V | >70 | N/A | 75W MH | -30-40℃ | 5 YEARS |



| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|
| SWF500 | 22W | 30K = 3000K<br>40K = 4000K<br>50K = 5000K | V1 = 120V | N = Non-Dimming | PC = Photocell<br>MS = Motion Sensor<br>NA = None | BZ = Bronze   SL = Silver<br>WH = White   GY = Gray<br>BK = Black | |

**ORDERING INFORMATION (SWF500-22W-40k-V1-N-PC-BZ)**



- Impact & weather resistant fixture with die cast housings and clear polycarbonate lenses.

- Universal mounting plate with integral wire hooks for easy hands free installation.

- External motion sensor included with 120°detect angle

- Name brand chip and driver@5 year warranty

# DTD LIGHT
## DESCRIPTION



## RESIDENTIAL OUTDOOR LIGHT

**MODEL: DTD310/DTD320/DTD330**

 

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| DTD310-35W | 3000LM | UP TO 89LPW | 120V | >70 | N/A | 125W MH | -30-40℃ | 5 YEARS |
| DTD320-50W | 5000LM | UP TO 100LPW | 120-277V | >70 | N/A | 150W MH | -30-40℃ | 5 YEARS |
| DTD330-80W | 8000LM | UP TO 100LPW | 120-277V | >70 | N/A | 250W MH | -30-40℃ | 5 YEARS |

187.9mm
7.398″

187.9mm
7.398″

291.5mm
8.642″

255.4mm
10.054″

256.8mm
10.111″

293.7mm
11.563″

311.7mm
12.272″

367.5mm
14.468″

435.4mm
17.142″

- Impact & weather resistant fixture with die cast housings and glare free polycarbonate lenses
- Universal mounting plate with integral wire hooks for easy hands free wall mount installation. A tenon mount accessory as optional
- Pivot head for multiple application
- Photocell included with optional photocell cover
- Name brand chip and DOB technology @ 5 year warranty

# DTD LIGHT
## DESCRIPTION

## RESIDENTIAL OUTDOOR LIGHT

**MODEL: DTD310/DTD320/DTD330**

 

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|
| DTD310 | 35W | 40K = 4000K | V1 = 120V | N = Non-Dimming | PC = Photocell | BZ = B ronze | SL = Silver |
| DTD320 | 50W | 50K = 5000K | | | NA = None | WH = White | GY = Gray |
| DTD330 | 80W | | | | | BK = Black | |

| MOUNTING |
|---|
| TM = Tenon Mount |
| WM = Wall Mount |

**ORDERING INFORMATION (DTD310-35W-40K-V1-N-PC-BZ-TM)**



DTD310-35W
Mounting Height=10.00 FT



DTD320-50W
Mounting Height=12.00 FT



DTD330-80W
Mounting Height=15.00 FT

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

11

# WALL LIGHT
## DESCRIPTION



## RESIDENTIAL OUTDOOR LIGHT

**MODEL: FWL110/FWL220/FWL330/FWL440**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| FWL110-15W | 1500LM | UP TO 105LPW | 120V | >70 | N/A | 70W MH | -30-40°C | 5 YEARS |
| FWL220-28W | 3000LM | UP TO 105LPW | 120V | >70 | N/A | 100W MH | -30-40°C | 5 YEARS |
| FWL330-50W | 5000LM | UP TO 105LPW | 120V | >70 | N/A | 175W MH | -30-40°C | 5 YEARS |
| FWL440-80W | 8000LM | UP TO 105LPW | 120V | >70 | N/A | 250W MH | -30-40°C | 5 YEARS |

- Wallpack and Floodlight combo. Adjustable wall mount and knuckle are quickly field-installable allowing the fixture to be seamlessly a wallpack and floodlight
- Universal mounting plate with integral wire hooks for easy hands free wall mount installation.
- Impact & weather resistant fixture with die cast housings and clear polycarbonate lenses.
- Photocell included with optional photocell cover
- Name brand chip and DOB technology @ 5 year warranty

12

# FLOOD LIGHT
## DESCRIPTION



## RESIDENTIAL OUTDOOR LIGHT

**MODEL: FWL110/FWL220/FWL330/FWL440**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| FWL110-15W | 1500LM | UP TO 105LPW | 120V | >70 | N/A | 70W MH | -30-40°C | 5 YEARS |
| FWL220-28W | 3000LM | UP TO 105LPW | 120V | >70 | N/A | 100W MH | -30-40°C | 5 YEARS |
| FWL330-50W | 5000LM | UP TO 105LPW | 120V | >70 | N/A | 175W MH | -30-40°C | 5 YEARS |
| FWL440-80W | 8000LM | UP TO 105LPW | 120V | >70 | N/A | 250W MH | -30-40°C | 5 YEARS |

- Wallpack and Floodlight combo. Adjustable wall mount and knuckle are quickly field-installable allowing the fixture to be seamlessly a wallpack and floodlight

- Universal mounting plate with integral wire hooks for easy hands free wall mount installation.

- Impact & weather resistant fixture with die cast housings and clear polycarbonate lenses.

- Photocell included with optional photocell cover

- Name brand chip and DOB technology @ 5 year warranty

# WALL/FLOOD
## DESCRIPTION



## RESIDENTIAL OUTDOOR LIGHT

**MODEL:  FWL110/FWL220/FWL330/FWL440**

  

| MODEL | WATTAGE | CCT | VOLTAGE | OPTIONS | DIMMING OPTION | HOUSING FINISH | | MOUNTING |
|---|---|---|---|---|---|---|---|---|
| FWL110<br>FWL220<br>FWL330<br>FWL440 | 15W<br>28W<br>50W<br>80W | 40K = 4000K<br>50K = 5000K<br>AD = CCT<br>Adjustable | V1 = 120V | PC = Photocell<br>NA = None | N = Non-Dimming<br>D = Dimming | BZ = B ronze<br>WH = White<br>BK = Black | SL = Silver<br>GY = Gray | WM = Wall Mount<br>KN = Knuckle |

**ORDERING INFORMATION (DTD310-35W-40K-V1-N-PC-BZ-TM)**



FWL110-15W
Mounting Height=8.00 FT

SCALE: 1 INCH = 8 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 8.46 FC
FOOT CANDLE= .1 .2 .5 1 2 5



FWL220-28W
Mounting Height=10.00 FT

SCALE: 1 INCH = 10 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 11.04 FC
FOOT CANDLE= .1 .2 .5 1 2 5 10



FWL330-45W
Mounting Height=12.00 FT

SCALE: 1 INCH = 12 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 12.27 FC
FOOT CANDLE= .1 .2 .5 1 2 5 10



FWL440-75W
Mounting Height=15.00 FT

SCALE: 1 INCH = 15 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 12.12 FC
FOOT CANDLE= .1 .2 .5 1 2 5 10

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

# CEILING LIGHT
# DESCRIPTION

## RESIDENTIAL OUTDOOR LIGHT

**MODEL:** CSM100/CSM200

  WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| CMS100-12W | 850LM | UP TO 75LPW | 120V | >80 | N/A | 35W MH | -30-40℃ | 5 YEARS |
| CMS200-20W | 1600LM | UP TO 80LPW | 120V | >80 | N/A | 50W MH | -30-40℃ | 5 YEARS |

φ200mm [φ7.87"]   50mm [1.97"]

φ275mm [φ10.83"]   63mm [2.48"]

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | HOUSING FINISH |
|---|---|---|---|---|---|
| CSM 100<br>CSM 200 | 12W<br>20W | 30K = 3000K<br>40K = 4000K | V1  =120V | N =Non-Dimming | BZ  = Bronze    SL  = Silver<br>WH = White     GY  = Gray<br>BK  = Black |

**ORDERING INFORMATION (CSM100-12W-30K-V1-N-BZ)**





- Impact & weather resistant fixture with die cast back housing and polycarbonate  lenses. Glare free and frosted lens for an inviting and even light distribution

- Universal mounting plate with integral wire hooks for easy hands free installation

- Name brand chip and DOB technology @ 5 year warranty

15



# COMMERCIAL
# LIGHTS

# WALL PACK
## DESCRIPTION



# COMMERCIAL OUTDOOR LIGHT

**MODEL:** OVL500/OVL520

 

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| OVL500-11W | 1264LM | UP TO 115LPW | 120-277V | >70 | Forward Throw | 35W MH | -30-40℃ | 5 YEARS |
| OVL500-16W | 1788LM | UP TO 115LPW | 120-277V | >70 | Forward Throw | 35W MH | -30-40℃ | 5 YEARS |
| OVL500-21W | 2113LM | UP TO 105LPW | 120-277V | >70 | Forward Throw | 50W MH | -30-40 C | 5 YEARS |
| OVL520-32W | 3463LM | UP TO 105LPW | 120-277V | >70 | Forward Throw | 70W MH | -30-40℃ | 5 YEARS |

### OVL 500 - 11W/16W/21W



209.6mm [8.252"]
161.4mm [6.355"]
77.2mm [3.039"]
12.5mm [0.492"]



### OVL 520 - 32W



299mm [11.76"]
230mm [9.05"]
108mm [4.27"]
16mm [0.63"]

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | SURGE PROTECTOR | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|---|
| OVL 500 | 11W 16W 26W | 40K = 4000K 50K = 5000K | V8 =120-277V | D =Dimming N =Non-Dimming | PC = Photocell NA = None | NA= None S1 = Surge Protector | BZ = Bronze WH = White BK = Black | SL = Silver GY = Gray |
| OVL 520 | 32W | | | | | | | |

**ORDERING INFORMATION (OVL500-15W-40K-V8-D-PC-S1-BZ)**



PHOTOMETRY
OVL500-20W
Mounting Height=12.00 FT
SCALE: 1 INCH = 15 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 5.54 FC
FOOT CANDLE = .1 1 2 5



PHOTOMETRY
OVL520-32W
Mounting Height=12.00 FT
SCALE: 1 INCH = 18 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 9.39 FC
FOOT CANDLE = .1 1 2 5

- Impact & weather resistant fixture with die cast back housing and polycarbonate lenses. Glare free and frosted lens for an inviting and even light distribution

- Photocell and photocell cover are optional

- Citizen COB and high quality driver @ 5 year warranty

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

17

# WALL LIGHT
## DESCRIPTION



# COMMERCIAL OUTDOOR LIGHT

**MODEL: FWL200/FWL300/FWL400**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| FWL200-15W | 1800LM | UP TO 125LPW | 120-277V 347/480V | >70 | N/A | 100 W MH | -30-40°C | 5 YEARS |
| FWL200-30W | 3600LM | UP TO 125LPW | 120-277V 347/480V | >70 | N/A | 100W MH | -30-40°C | 5 YEARS |
| FWL300-50W | 6450LM | UP TO 125LPW | 120-277V 347/480V | >70 | N/A | 175W MH | -30-40°C | 5 YEARS |
| FWL400-80W | 9570LM | UP TO 125LPW | 120-277V 347/480V | >70 | N/A | 250W MH | -30-40°C | 5 YEARS |

- Wallpack and Floodlight combo. Adjustable wall mount and knuckle are quickly field-installable allowing the fixture to be seamlessly a wallpack and floodlight

- Universal mounting plate with integral wire hooks for easy hands free wall mount installation.

- Impact & weather resistant fixture with die cast housings and clear polycarbonate lenses.

- Photocell included with optional photocell cover

- Lumieds chip and name brand driver @ 5 year warranty

18

# FLOOD LIGHT
## DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

**MODEL: FWL200/FWL300/FWL400**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| FWL200-15W | 1800LM | UP TO 125LPW | 120-277V 347/480V | >70 | N/A | 100 W MH | -30-40°C | 5 YEARS |
| FWL200-30W | 3600LM | UP TO 125LPW | 120-277V 347/480V | >70 | N/A | 100W MH | -30-40°C | 5 YEARS |
| FWL300-50W | 6450LM | UP TO 125LPW | 120-277V 347/480V | >70 | N/A | 175W MH | -30-40°C | 5 YEARS |
| FWL400-80W | 9570LM | UP TO 125LPW | 120-277V 347/480V | >70 | N/A | 250W MH | -30-40°C | 5 YEARS |



- Wallpack and Floodlight combo. Adjustable wall mount and knuckle are quickly field-installable allowing the fixture to be seamlessly a wallpack and floodlight

- Universal mounting plate with integral wire hooks for easy hands free wall mount installation.

- Impact & weather resistant fixture with die cast housings and clear polycarbonate lenses.

- Photocell included with optional photocell cover

- Lumieds chip and name brand driver @ 5 year warranty

# WALL/FLOOD
## DESCRIPTION




## COMMERCIAL OUTDOOR LIGHT

**MODEL:** FWL200/FWL300/FWL400

  

| MODEL | NOMENCLATURE | CCT | VOLTAGE | OPTIONS | DIMMING OPTION | HOUSING FINISH |
|---|---|---|---|---|---|---|
| FWL200 | 15W 30W | 30K = 3000K 40K = 4000K 50K = 5000K | V8 =120-277V V7 =347/480V | PC = Photocell NA = None | D = Dimming N = Non-Dimming | BZ = Bronze  SL = Silver WH = White  GY = Gray BK = Black |
| FWL300 FWL400 | 50W 80W | | | | | |

| MOUNTING |
|---|
| WM = Wall Mount |
| KN = Knuckle |
| TR = Trunnion |

**ORDERING INFORMATION (FWL200-15W-4OK-V8-PC-D-BZ-WM)**





ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

## MOUNTINGS/ACCESSORIES
Wall Mount : FWL-WM / Knuckle Mount : FWL-KN / Trunnion : FWL-TR





KNUCKLE MOUNT    TRUNNION MOUNT    WALL MOUNT

20

# WALL PACK
# DESCRIPTION

## COMMERCIAL OUTDOOR LIGHT

**MODEL: WPL210/WPL220/WPL230**    

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| WPL210-30W | 3600LM | UP TO 125LPW | 120-277V, 120-347V | >70 | T2 | 125W MH | -30-40℃ | 5 YEARS |
| WPL220-50W | 6000LM | UP TO 125LPW | 120-277V, 120-347V | >70 | T2 | 175W MH | -30-40℃ | 5 YEARS |
| WPL230-80W | 9600LM | UP TO 125LPW | 120-277V, 120-347V | >70 | T2 | 250W MH | -30-40℃ | 5 YEARS |

180mm [7.09"] — 153mm [6.02"]

224mm [8.81"] — 161mm [6.34"]

288mm [11.32"] — 210mm [8.27"]

85mm [3.37"]

99mm [3.92"]

117mm [4.63"]

- Industrial grade Impact & weather resistant fixture with die cast housings and glare free polycarbonate lenses

- Easy hook hinge mechanism for hands free wall mount installation.

- Adjustable head design for wide application requirement

- 0-10V dimming @ DLC 5.1 Standard

- Photocell and photocell cover are optional.

- Lumileds chip and name brand driver @ 5 year warranty

21

# WALL PACK
# DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

### MODEL: WPL210/WPL220/WPL230

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | Distribution | SURGE PROTECTOR |
|-------|---------|-----|---------|----------------|---------|--------------|-----------------|
| WPL210 | 30W | 30K = 3000K | V8 = 120-277V | D = Dimming | PC = Photocell | T2 = TYPE II | NA = None |
| WPL220 | 50W | 40K = 4000K | V10 = 120-347V | N = Non-Dimming | NA = None | | S1 = Surge Protector |
| WPL230 | 80W | 50K = 5000K | | | | | |

| HOUSING FINISH | | |
|---|---|---|
| BZ = Bronze | SL = Silver | |
| WH = White | GY = Gray | |
| BK = Black | | |

ORDERING INFORMATION (WPL210-30W-30K-V8-N-PC-W-S1-BZ)







ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

22

# WALL PACK DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

**MODEL: DCL102**

  WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| DCL102-18W | 2008LM | UP TO 113LPW | 120-277V | >70 | N/A | 50W MH | -30-40°C | 5 YEARS |



| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | ELECTRICAL (PHOTOCELL) | SURGE PROTECTOR | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|---|
| DCL102 | 20W | 40K = 4000K<br>50K = 5000K | V8 = 120-277V | D = Dimming<br>N = Non-Dimming | PC = Photocell<br>NA = None | NA = None<br>S1 = Surge Protector | BZ = B ronze<br>WH = White<br>BK = Black | SL = Silver<br>GY = Gray |

**ORDERING INFORMATION (DCL102-20W-40k-V8-D-PC-S1-BZ)**



- Traditional Impact & weather resistant fixture with die cast housings and glare free prismatic glass lenses
- Universal mounting plate with hinge hooks for easy hands free installation.
- 0-10V dimming as option
- Photocell and photocell cover are optional.
- Brand name chip and driver @ 5 year warranty

23

# WALL PACK
## DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

**MODEL: DCL150S**

   WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| DCL150S-28W | 3180LM | UP TO 115LPW | 120-277V | >70 | N/A | 125W MH | -30-40°C | 5 YEARS |



| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | ELECTRICAL (PHOTOCELL) | SURGE PROTECTOR | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|---|
| DCL150S | 28W | 40K = 4000K<br>50K = 5000K | V8 = 120-277V | D= Dimming<br>N=Non-Dimming | PC = Photocell<br>NA = None | NA= None<br>S1 = Surge Protector | BZ = Bronze   SL = Silver<br>WH = White   GY = Gray<br>BK = Black | |

**ORDERING INFORMATION (DCL150S-50W-40k-V8-D-PC-S1-BZ)**



- Traditional Impact & weather resistant fixture with die cast housings and glare free prismatic polycarbonate lenses
- Universal mounting plate with integral wire hooks for easy hands free installation.
- 0-10V dimming as an option
- Photocell and photocell cover are optional.
- Lumileds chip and name brand driver @ 5 year warranty

24

# WALL PACK
## DESCRIPTION



# COMMERCIAL OUTDOOR LIGHT

## MODEL: DCL160S/DCL170S/DCL180S

   WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| DCL160S-28W | 3380LM | UP TO 125LPW | 120-277V | >70 | N/A | 125W MH | -30~40°C | 5 YEARS |
| DCL170S-50W | 6390LM | UP TO 125LPW | 120-277V | >70 | N/A | 175W MH | -30~40°C | 5 YEARS |
| DCL180S-80W | 10340LM | UP TO 133LPW | 120-277V | >70 | N/A | 250W MH | -30~40°C | 5 YEARS |

DCL160S — 154.6 [6.09"], 109.4 [4.31"]

DCL170S — 201.6 [7.94"], 137.6 [5.42"]

DCL180S — 234.7 [9.24"], 234.7 [9.24"]

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|
| DCL160S | 28W | 30K = 3000K | V8 =120-277V | D = Dimming | PC = Photocell | BZ = Bronze | SL = Silver |
| DCL170S | 50W | 40K = 4000K | | N = Non-Dimming | NA = None | WH = White | GY = Gray |
| DCL180S | 80W | 50K = 5000K | | | | BK = Black | |

**ORDERING INFORMATION (DCL180S-80W-40K-V8-D-PC-BZ)**







- Industrial grade Impact & weather resistant fixture with die cast housings and glare free prismatic polycarbonate lenses

- Universal mounting plate with integral wire hooks for easy hands free installation

- 0-10V dimming @ DLC 5.1 Standard

- Photocell and photocell cover are optional

- Lumileds chip and name brand chap and driver @ 5 year warranty

# WALL PACK
# DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

### MODEL: DCL180S

   WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| DCL180S-80W adjustable | 9600LM | UP TO 125LPW | 120-277V | >70 | N/A | 250W MH | -30-40 C | 5 YEARS |



| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|
| DCL180S | 80WAD | AD =CCT Adjustable | V8 =120-277V | D = Dimming<br>N =Non-Dimming | PC = Photocell<br>NA = None | BZ = B ronze  SL = Silver<br>WH =White  GY = Gray<br>BK = Black | |

**ORDERING INFORMATION (DCL180S-80WAD-AD-V8-D-PC-BZ)**



- Industrial grade Impact & weather resistant fixture with die cast housings and glare free prismatic polycarbonate lenses

- Universal mounting plate with integral wire hooks for easy hands free installation

- Field wattage and CCT adjustable for option

- 0-10V dimming @ DLC 5.1 Standard

- Photocell and photocell cover are optional

- Lumileds chip and name brand chap and driver @ 5 year warranty

# WALL PACK
## DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

### MODEL: DCL150

   WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| DCL150-50W | 6500LM | UP TO 130LPW | 120-277V | >70 | N/A | 250W MH | -30-40℃ | 5 YEARS |
| DCL150-70W | 7800LM | UP TO 110LPW | 120-277V | >70 | N/A | 400W M H | -30-40℃ | 5 YEARS |





| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | ELECTRICAL (PHOTOCELL) | SURGE PROTECTOR | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|---|
| DCL150 | 50W 70W | 30K = 3000K 40K = 4000K 50K = 5000K | V8 = 120-277V | D = Dimming N = Non-Dimming | PC = Photocell NA = None | NA = None S1 = Surge Protector | BZ = B ronze WH = White BK = Black | SL = Silver GY = Gray |

**ORDERING INFORMATION (DCL150-50W-40k-V8-D-PC-S1-BZ)**



- Traditional Impact & weather resistant fixture with die cast housings and glare free prismatic glass lenses
- Universal mounting plate with hinge hooks for easy hands free installation.
- 0-10V dimming @ 5.1 DLC standard
- Photocell and photocell cover are optional.
- Brand name chip and driver @ 5 year warranty

27

# WALL PACK
# DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

### MODEL: DCL150

   WET LOCATION

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| DCL150-80W adjustable | 10000LM | UP TO 120LPW | 120-277V | >70 | N/A | 250W MH | -30-40°C | 5 YEARS |

  

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | ELECTRICAL (PHOTOCELL) | SURGE PROTECTOR | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|---|
| DCL150 | 80WAD | AD =CCT Adjustable | V8 = 120-277V | D= Dimming  N =Non-Dimming | PC = Photocell  NA = None | NA= None  S1 = Surge Protector | BZ = B ronze  WH = White  BK = Black | SL = Silver  GY = Gray |

**ORDERING INFORMATION (DCL150-80WAD-AD-V8-D-PC-S1-BZ)**



- Traditional Impact & weather resistant fixture with die cast housings and glare free prismatic glass lenses
- Universal mounting plate with hinge hooks for easy hands free installation.
- Field wattage and CCT adjustable for option
  0-10V dimming @ 5.1 DLC standard
- Photocell and photocell cover are optional.
- Brand name chip and driver @ 5 year warranty

28

# WALL PACK
# DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

**MODEL: DCL360**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| DCL360-50W | 6170LM | UP TO 123LPW | 120-277V | >70 | N/Forward Throw Full Cut-Off | 150W MH | -30-40℃ | 5 YEARS |



| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | ELECTRICAL (PHOTOCELL) | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|
| DCL360 | 50W | 30K = 3000K<br>40K = 4000K | V8 = 120-277V | N = Non-Dimming | PC= Photocell<br>NA= None | BZ = Bronze<br>WH = White<br>BK = Black | SL = Silver<br>GY = Gray |

**ORDERING INFORMATION (DCL360-50W-40K-V8-N-PC-S1-BZ)**



- Traditional Impact & weather resistant fixture with die cast housings and glare free glass lenses

- Universal mounting plate with easy wall mount installation

- 0-10V dimming as an option

29

# WALL LIGHT
## DESCRIPTION



# COMMERCIAL OUTDOOR LIGHT

**MODEL:** WLL120/WLL140

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| WLL120-26W | 3490LM | UP TO 125LPW | 120-277V | >70 | Forward Throw | 70W MH | -30-40°C | 5 YEARS |
| WLL120-35W | 4194LM | UP TO 122LPW | 120-277V,347-480V | >70 | Forward Throw | 100W MH | -30-40°C | 5 YEARS |
| WLL140-52W | 7006LM | UP TO 131LPW | 120-277V | >70 | Forward Throw | 150W MH | -30-40°C | 5 YEARS |
| WLL140-65W | 8375LM | UP TO 130LPW | 120-277V,347-480V | >70 | Forward Throw | 200W MH | -30-40 C | 5 YEARS |
| WLL140-76W | 9978LM | UP TO 124LPW | 120-277V | >70 | Forward Throw | 250W MH | -30-40°C | 5 YEARS |
| WLL140-82W | 10560LM | UP TO 128LPW | 120-277V,347-480V | >70 | Forward Throw | 250W MH | -30-40°C | 5 YEARS |

  

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | SURGE PROTECTOR | HOUSING FINISH | |
|---|---|---|---|---|---|---|---|---|
| WLL 120 | 26W 35W | 40K = 4000K 50K = 5000K | V8 =120-277V V9 =347-480V | D =Dimming N =Non-Dimming | PC = Photocell NA =None | NA= None S1= Surge Protector | BZ = B ronze WH =White BK = Black | SL = Silver GY = Gray |
| WLL 140 | 52W 65W 76W 82W | | | | | | | |

**ORDERING INFORMATION (WLL140-76W-40K-V8-D-PC-S1-BZ)**



SCALE: 1 INCH = 15 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 5.54 FC
FOOT CANDLE= .1 .2 .5 1 2 5



SCALE: 1 INCH = 12 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 12.92 FC
FOOT CANDLE= .1 .2 .5 1 2 5 10

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

- Industrial grade Impact & weather resistant fixture with die cast housings and clear tempered glass lenses

- 120 degree adjustable head with full cut off option

- 0-10V dimming optional

- Photocell and photocell cover are optional.

- Citizen COB and YG driver @ 5 year warranty

30

# FLOOD LIGHT
## DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

### MODEL: FLL410/FLL420/FLL430

 

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| FLL410-45W | 5506LM | UP TO 125LPW | 120-277V | >70 | WIDE BEAM | 175W MH | -30-40℃ | 5 YEARS |
| FLL420-70W | 8583LM | UP TO 125LPW | 120-277V | >70 | WIDE BEAM | 250W MH | -30-40℃ | 5 YEARS |
| FLL430-100W | 12928LM | UP TO 130LPW | 120-277V | >70 | WIDE BEAM | 400W MH | -30-40℃ | 5 YEARS |

**ORDERING INFORMATION (FLL410-45W-4OK-V8-D-PC-BZ)**

- Designed for maximum aesthetic appeal and thermal management

- Impact & weather resistant fixture with die cast housings and tempered glass lenses

- Adjustable knuckle arm mount as standard

- Photocell included with optional photocell cover

- Name brand chip and driver @ 5year warranty

# FLOOD LIGHT
## DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

**MODEL: FLL410/FLL420/FLL430**

 

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH | |
|-------|---------|-----|---------|----------------|---------|---------------|---|
| FLL410 | 45W | 30K = 3000K | V8 = 120-277V | D = Dimming | PC = Photocell | BZ = B ronze | SL = Silver |
| FLL420 | 70W | 40K = 4000K | | N = Non-Dimming | NA = None | WH = White | GY = Gray |
| FLL430 | 100W | 50K = 5000K | | | | BK = Black | |

**ORDERING INFORMATION (FLL410-45W-4OK-V8-D-PC-BZ)**







ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

32

# FLOOD LIGHT
## DESCRIPTION



# COMMERCIAL OUTDOOR LIGHT

**MODEL: FLL510/FLL520/FLL530/FLL540/FLL550/FLL560**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| FLL510-20W | 2400LM | UP TO 120LPW | 120-277V 120-347V | >70 | 6 X 6 | 100W MH | -30-40℃ | 5 YEARS |
| FLL520-50W | 6000LM | UP TO 120LPW | 120-277V 120-347V | >70 | 6 X 6 | 175W MH | -30-40℃ | 5 YEARS |
| FLL530-80W | 9600LM | UP TO 120LPW | 120-277V 120-347V | >70 | 6 X 6 | 250W MH | -30-40℃ | 5 YEARS |
| FLL540-120W | 14400LM | UP TO 120LPW | 120-277V 120-347V | >70 | 6 X 6 | 400W MH | -30-40℃ | 5 YEARS |
| FLL540-150W | 18000LM | UP TO 120LPW | 120-277V 120-347V | >70 | 6 X 6 | 600W MH | -30-40℃ | 5 YEARS |
| FLL550-200W | 24000LM | UP TO 120LPW | 120-277V 120-347V | >70 | 6 X 6 | 800W MH | -30-40℃ | 5 YEARS |
| FLL560-300W | 36000LM | UP TO 120LPW | 120-277V 120-347V | >70 | 6 X 6 | 1000W MH | -30-40℃ | 5 YEARS |

- Economic, versatile,high perform flood family with multiple mounting configurations to fit any application

- Impact & weather resistant fixture with die cast housings and polycarbonate lenses

- Button Photocell and 3/7 pin twist lock receptacle as optional

- Name brand chip and driver @ 5 year warranty



# FLOOD LIGHT
## DESCRIPTION

## COMMERCIAL OUTDOOR LIGHT

**MODEL: FLL510/FLL520/FLL530/FLL540/FLL550/FLL560**

  

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | OPTIC | SURGE PROTECTOR |
|---|---|---|---|---|---|---|---|
| FLL510 | 20W | 30K = 3000K | V8 = 120-277V | D = Dimming | PC = Photocell | W66= 6 X 6 | NA = None |
| FLL520 | 50W | 40K = 4000K | V10 = 120-347V | N = Non-Dimming | NA = None | N33= 3 X 3 | S1 = Surge Protector |
| FLL530 | 80W | 50K = 5000K | | | | | |
| FLL540 | 120W 150W | | | | | | |
| FLL550 | 200W | | | | | | |
| FLL560 | 300W | | | | | | |

| HOUSING FINISH | | MOUNTING |
|---|---|---|
| BZ = Bronze | SL = Silver | SF = Slip Fitter |
| BK = Black | WH = White | TR = Trunnion |
| GY = Gray | | KN = Knuckle |

**ORDERING INFORMATION (FLL510-20W-30K-V8-D-PC-W66-S1-BZ-SF)**



34

# FLOOD LIGHT
## DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

**MODEL:** **FLL310/FLL320/FLL330/FLL340/FLL350**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| FLL310-20W | 2360LM | UP TO 122LPW | 120-277V 347-480V | >70 | Wide Beam | 50W MH | -30-40°C | 5 YEARS |
| FLL310-30W | 3146LM | UP TO 101LPW | 120-277V 347-480V | >70 | Wide Beam | 70W MH | -30-40°C | 5 YEARS |
| FLL320-40W | 4204LM | UP TO 103LPW | 120-277V 347-480V | >70 | Wide Beam | 100W MH | -30-40°C | 5 YEARS |
| FLL320-50W | 6328LM | UP TO 130LPW | 120-277V 347-480V | >70 | Wide Beam | 150W MH | -30-40 C | 5 YEARS |
| FLL330-80W | 8469LM | UP TO 104LPW | 120-277V 347-480V | >70 | Wide Beam | 250W MH | -30-40°C | 5 YEARS |
| FLL330-100W | 11028LM | UP TO 110LPW | 120-277V 347-480V | >70 | Wide Beam | 250W MH | -30-40°C | 5 YEARS |
| FLL340-120W | 13415LM | UP TO 111LPW | 120-277V 347-480V | >70 | Wide Beam | 350W MH | -30-40 C | 5 YEARS |
| FLL340-150W | 16558LM | UP TO 111LPW | 120-277V 347-480V | >70 | Wide Beam | 400W MH | -30-40 C | 5 YEARS |
| FLL340-200W | 26000LM | UP TO 130LPW | 120-277V 347-480V | >70 | Wide Beam | 600W MH | -30-40 C | 5 YEARS |
| FLL350-300W | 39000LM | UP TO 130LPW | 120-277V 347-480V | >70 | Wide Beam | 1000W MH | -30-40 C | 5 YEARS |
| FLL350-300W | 35211LM | UP TO 112LPW | 120-277V 347-480V | >70 | 3 X 3 | 1000W MH | -30-40 C | 5 YEARS |

- Economic, versatile,high perform flood family with multiple mounting configurations to fit any application

- Impact & weather resistant fixture with die cast housings and tempered glass lenses

- Button Photocell and 3/7 pin twist lock receptacle as optional

- Name brand chip and driver @ 5 year warranty

# FLOOD LIGHT
## DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

**MODEL: FLL310/FLL320/FLL330/FLL340/FLL350**

  

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | DISTRIBUTION | SURGE PROTECTOR |
|---|---|---|---|---|---|---|---|
| FLL310 | 20W<br>30W | 40K = 4000K<br>50K = 5000K | V8 = 120-277V<br>V9 = 347-480V | D = Dimming<br>N = Non-Dimming | PC = Photocell<br>NA = None | W=Wide Beam<br>N= 3 X 3 | NA = None<br>S1 = Surge Protector |
| FLL320 | 40W<br>50W | | | | | | |
| FLL330 | 80W<br>100W | | | | | | |
| FLL340 | 120W<br>150W<br>200W | | | | | | |
| FLL350 | 300W | | | | | | |

| MECHANICAL ACCESSORIES | HOUSING FINISH | | MOUNTING |
|---|---|---|---|
| ST = Standard<br>VI = Visor<br>WG = Wire Guard<br>VS = Vandal Shield | BZ = Bronze<br>BK = Black<br>GY = Gray | SL = Silver<br>WH = White | SF = Slip Fitter<br>TR = Trunnion<br>KN = Knuckle |

**ORDERING INFORMATION (FLL350-300W-40K-V8-D-PC-W-S1-ST-BZ-SF)**

  

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

## MOUNTINGS/ACCESSORIES

    

| VANDAL SHIELD | VISOR | SLIP FITTER | TRUNNION | WIREGUARD |

# CANOPY LIGHT
# DISCRIPTION

## COMMERCIAL OUTDOOR LIGHT

**MODEL: CVL603**

 

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| CVL603-35W | 3968LM | UP TO 113LPW | 120-277V | >70 | N/A | 150W MH | -30-40°C | 5 YEARS |



| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | HOUSING FINISH |
|---|---|---|---|---|---|
| CVL603 | 35W | 30K = 3000K<br>40K = 4000K<br>50K = 5000K | V8 = 120-277V | D = Dimming<br>N = Non-Dimming | BZ = Bronze   SL = Silver<br>WH = White    GY = Gray<br>BK = Black |

**ORDERING INFORMATION (CVL603-35W-40K-V8-D-BZ)**



- Impact & weather resistant fixture with die cast back housing and polycarbonate lenses. Glare free and frosted lens for an inviting and even light distribution

- Universal mounting plate with integral wire hooks for easy hands free installation.

- Capable for conduit wiring application

- 0-10v dimming as standard

- Name brand chip and driver @ 5 year warranty

# GARAGE LIGHT
# DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

**MODEL: CVL403/CVL503**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| CVL403-20W | 2212LM | UP TO 114LPW | 120-277V | >70 | N/A | 50W MH | -30-40°C | 5 YEARS |
| CVL403-35W | 3476LM | UP TO 102LPW | 120-277V | >70 | N/A | 100W MH | -30-40°C | 5 YEARS |
| CVL503-50W | 5530LM | UP TO 115LPW | 120-277V | >70 | N/A | 150W MH | -30-40 C | 5 YEARS |
| CVL503-70W | 6911LM | UP TO 101LPW | 120-277V | >70 | N/A | 200W MH | -30-40°C | 5 YEARS |

   

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | ELECTRICAL OPTIONS | SURGE PROTECTOR | HOUSING FINISH |
|---|---|---|---|---|---|---|---|
| CVL403 | 20W | 40K = 4000K | 120-277V | D = Dimming | PC = Photocell | S1 = Surge Protector | BZ = B ronze |
| | 35W | 50K = 5000K | | N = Non-Dimming | NA = None | NA = None | BK = Black |
| CVL503 | 50W | | | | | | |
| | 70W | | | | | | |

**ORDERING INFORMATION (CVL503-70W-40K-V8-D-PC-S1-BZ)**





- Impact & weather resistant fixture with die cast back housing and polycarbonate Prismatic lenses.

- Universal mounting plate with easy hook mechanism for hands free installation.

- Capable for conduit wiring application

- 0-10v dimming as an option

- Name brand chip and driver @ 5 year warranty

**ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE**

38

# GARAGE LIGHT
# DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

**MODEL: CVL601/CVL602**

  

| INPUT POWER(W) | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| CVL601-40W | 4800LM | UP TO 120LPW | 120-277V, 120-347V | >70 | CANOPY | 150W MH | -30-40°C | 5 YEARS |
| CVL601-40W adjustable | 4800LM | UP TO 120LPW | 120-277V, 120-347V | >70 | CANOPY | 150W MH | -30-40°C | 5 YEARS |
| CVL602-50W | 9600LM | UP TO 120LPW | 120-277V, 120-347V | >70 | CANOPY | 250W MH | -30-40 C | 5 YEARS |
| CVL602-80W adjustable | 9600LM | UP TO 120LPW | 120-277V, 120-347V | >70 | CANOPY | 250W MH | -30-40°C | 5 YEARS |

  

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | ELECTRICAL OPTIONS | SURGE PROTECTOR | HOUSING FINISH |
|---|---|---|---|---|---|---|---|
| CVL601 | 40W | 30K = 3000K | V8 = 120-277V | D = Dimming | PC = Photocell | S1 = Surge Protector | BZ = Bronze |
| | 30/40 adjustable | 40K = 4000K | V10 = 120-347V | N = Non- Dimming | NA = None | NA = None | BK = Black |
| CVL602 | 50W | 50K = 5000K | | | | | |
| | 60/80 adjustable | | | | | | |

**ORDERING INFORMATION (CVL601-40W-40K-V8-D-PC-S1-BZ)**

 

- Impact & weather resistant fixture with die cast back housing and polycarbonate  Prismatic lenses.

- Universal mounting plate with easy hook mechanism for hands free installation.

- Capable for conduit wiring application

- 0-10v dimming as an option

- Name brand chip and driver @ 5 year warranty

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE



# DTD LIGHT
# DESCRIPTION

## COMMERCIAL OUTDOOR LIGHT

**MODEL: DTD430/DTD440/DTD450**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| DTD430-20W | 2401LM | UP TO 120LPW | 120-277V 347-480V | >70 | N/A | 50W MH | -30-40°C | 5 YEARS |
| DTD440-40W | 5012LM | UP TO 126LPW | 120-277V 347-480V | >70 | T3, T5, N/A | 100W MH | -30-40°C | 5 YEARS |
| DTD440-55W | 6970LM | UP TO 129LPW | 120-277V 347-480V | >70 | N/A | 150W MH | -30-40°C | 5 YEARS |
| DTD450-70W | 9152LM | UP TO 128LPW | 120-277V 347-480V | >70 | T3, T5, N/A | 200W MH | -30-40 C | 5 YEARS |
| DTD450-75W | 9138LM | UP TO 122LPW | 120-277V 347-480V | >70 | N/A | 250W MH | -30-40°C | 5 YEARS |



- Replace traditional HID barn light with long-life LED version,attractive fin design for thermal management

- Impact & weather resistant fixture with die cast housings and polycarbonate  Prismatic lenses

- Universal mounting design available for wall mount and tenon mount

- 3/7 pin receptacle optional

- 0-10v dimming as an option

- Name brand chip and driver @ 5 year warranty

# DTD LIGHT
## DESCRIPTION



# COMMERCIAL OUTDOOR LIGHT

**MODEL:** DTD430/DTD440/DTD450

  

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | DISTRIBUTION |
|-------|---------|-----|---------|----------------|--------------|
| DTD430 | 20W | 40K = 4000K | 120-277V | D = Dimming | T3=TYPE III |
| DTD440 | 40W | 50K = 5000K | 347-480V | N = Non-Dimming | T5=TYPE V |
|  | 55W |  |  |  | NA=NONE |
| DTD450 | 70W |  |  |  |  |
|  | 75W |  |  |  |  |

| SURGE PROTECTOR | HOUSING FINISH | | MOUNTING |
|-----------------|----------------|---|----------|
| NA = None | BZ = Bronze | SL = Silver | 24 = 24" Arm |
| S1 = Surge Protector | BK = Black | WH = White | NA = None |
|  | GY = Gray |  |  |

**ORDERING INFORMATION (DTD430-20W-40K-V8-N-S1-BZ-24)**







ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

41

# AREA LIGHT
## DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

**MODEL:** **FSL530/FSL540/FSL550**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| FSL530-100W | 13500LM | UP TO 135LPW | 120-277V 347-480V | >70 | T2, T3, T4, T5 | 175W MH | -30-40°C | 5 YEARS |
| FSL540-150W | 20250LM | UP TO 135LPW | 120-277V 347-480V | >70 | T2, T3, T4, T5 | 250W MH | -30-40°C | 5 YEARS |
| FSL540-200W | 27000LM | UP TO 135LPW | 120-277V 347-480V | >70 | T2, T3, T4, T5 | 400W MH | -30-40°C | 5 YEARS |
| FSL550-250W | 33750LM | UP TO 135LPW | 120-277V 347-480V | >70 | T2, T3, T4, T5 | 1000W MH | -30-40 C | 5 YEARS |
| FSL550-300W | 40500LM | UP TO 135LPW | 120-277V 347-480V | >70 | T2, T3, T4, T5 | 1500W MH | -30-40 C | 5 YEARS |



- Industrial grade area light family with multiple mounting configurations for maximum application versatility

- Impact & weather resistant fixture with die cast housings and polycarbonate T2,T3,T4,T5 Optic lenses.

- 3/7 pin twist lock receptacle as optional

- 0-10v dimming as an option

- Name Brand chip and high quality driver @ 5 year warranty



# AREA LIGHT
# DESCRIPTION



## COMMERCIAL OUTDOOR LIGHT

### MODEL: FSL530/FSL540/FSL550

  

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | DISTRIBUTION | SURGE PROTECTOR |
|---|---|---|---|---|---|---|---|
| FSL530 | 100W | 30K = 3000K | V8 = 120-277V | D = Dimming | PC = Photocell | T2=TYPE II | NA = None |
| FSL540 | 150W | 40K = 4000K | V9 = 347-480V | N = Non-Dimming | NA = None | T3=TYPE III | S1 = Surge Protector |
|  | 200W | 50K = 5000K |  |  | MS = Motion Sensor | T4=TYPE IV |  |
| FS550 | 250W |  |  |  |  | T5=TYPE V |  |
|  | 300W |  |  |  |  |  |  |

| HOUSING FINISH | | MOUNTING |
|---|---|---|
| BZ = Bronze | SL = Silver | SF = Slip Fitter |
| BK = Black | WH = White | TR = Trunnion |
| GY = Gray |  | EA = Extention Arm |

**ORDERING INFORMATION (FSL540-250W-40K-V8-D-PC-T2-S1-BZ-EA)**





## ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

## MOUNTINGS/ACCESSORIES

EXTENSION ARM/STANDARD SLIP FITTER (S2)/ TRUNNION

  

43



SPECIAL LIGHTS

# CEILING LIGHT
## DESCRIPTION



## PROFESSIONAL OUTDOOR LIGHT

**MODEL: CLL220/CLL440**

  **IP66**

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| CLL220-15W | 1657LM | UP TO 110LPW | 120-277V | >70 | N/A | 35W MH | -30-40°C | 5 YEARS |
| CLL220-20W | 2212LM | UP TO 110LPW | 120-277V | >70 | N/A | 50W MH | -30-40°C | 5 YEARS |
| CLL440-40W | 4549LM | UP TO 110LPW | 120-277V | >70 | N/A | 100W MH | -30-40°C | 5 YEARS |



CLL220                    CLL440

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | MECHANICAL ACCESSORIES | HOUSING FINISH |
|---|---|---|---|---|---|---|
| CLL220 | 15W  20W | 40K = 4000K  50K = 5000K | V8 = 120-277V | D = Dimming  N = Non-Dimming | ST = Standard  WG = Wire Guard | BZ = Bronze  BK = Black |
| CL440 | 40W | | | | | |

**ORDERING INFORMATION (CLL220-20W-40K-V8-D-ST-BZ)**

 

- Impact & weather resistant fixture with die cast back housing and polycarbonate lenses. Glare free and frosted lens for an inviting and even light distribution

- Universal mounting plate with integral wire hooks for easy hands free installation.

- Capable for conduit wiring application

- 0-10v dimming as standard

- Name brand chip and driver @ 5 year warranty

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

**MOUNTINGS/ACCESSORIES**    WIREGUARD  

45

# WALL PACK
## DESCRIPTION

## PROFESSIONAL OUTDOOR LIGHT

**MODEL: WPL110/WPL120/WPL130**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| WPL110-15W | 1800LM | UP TO 125LPW | 120-277V 120-347V | >70 | T2,T4 | 50W MH | -30-40℃ | 5 YEARS |
| WPL120-25W | 3000LM | UP TO 125LPW | 120-277V 120-347V | >70 | T2,T4 | 70W MH | -30-40℃ | 5 YEARS |
| WPL130-40W | 4800LM | UP TO 125LPW | 120-277V 120-347V | >70 | T2,T4 | 100W MH | -30-40℃ | 5 YEARS |

**WPL110**



169mm [6.66"] · 143mm [5.63"] · 81mm [3.19"]

**WPL120**

 

202mm [7.96"] · 165mm [6.49"] · 81mm [3.19"]

**WPL130**



260mm [10.22"] · 198mm [7.80"] · 128mm [5.02"]

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | Distribution | SURGE PROTECTOR |
|---|---|---|---|---|---|---|---|
| WPL110 | 15W | 30K = 3000K | V8 =120-277V | D = Dimming | PC = Photocell | T2 = Type II | NA= None |
| WPL120 | 25W | 40K = 4000K | V10 =120-347V | N =Non-Dimming | NA = None | T4 = Type IV | S1 = Surge Protector |
| WPL130 | 40W | 50K = 5000K | | | | | |

| HOUSING FINISH | | |
|---|---|---|
| BZ = Bronze | SL = Silver | |
| WH = White | GY = Gray | |
| BK = Black | | |

**ORDERING INFORMATION (WPL110-15W-40K-V8-N-PC-T2-S1-BZ)**



PHOTOMETRY — WPL110-15W-T2 Mounting Height=8.00 FT

SCALE: 1 INCH = 12 FT. LIGHT LOSS FACTOR =1.00 · MAXIMUM CALCULATED VALUE = 6.86 FC FOOT CANDLE=



PHOTOMETRY — WPL120-25W-T2 Mounting Height=10.00 FT

SCALE: 1 INCH = 12 FT. LIGHT LOSS FACTOR =1.00 · MAXIMUM CALCULATED VALUE = 7.14 FC FOOT CANDLE=



PHOTOMETRY — WPL130-40W-T2 Mounting Height=12.00 FT

SCALE: 1 INCH = 15 FT. LIGHT LOSS FACTOR =1.00 · MAXIMUM CALCULATED VALUE = 8.12 FC FOOT CANDLE=

# WALL PACK
# DESCRIPTION

## PROFESSIONAL OUTDOOR LIGHT

**MODEL: WPL140/WPL150**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| WPL140-70W | 8400LM | UP TO 125LPW | 120-277V 120-347V | >70 | T2,T4 | 150W MH | -30-40℃ | 5 YEARS |
| WPL150-100W | 12000LM | UP TO 125LPW | 120-277V 120-347V | >70 | T2,T4 | 250W MH | -30-40℃ | 5 YEARS |



WPL140

WPL150

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | Distribution | SURGE PROTECTOR |
|---|---|---|---|---|---|---|---|
| WPL140 WPL150 | 70W 100W | 30K = 3000K 40K = 4000K 50K = 5000K | V8 =120-277V V10=120-347V | D = Dimming N =Non-Dimming | PC = Photocell NA = None | T2 = Type II T4 = Type IV | NA= None S1 = Surge Protector |

**HOUSING FINISH**

BZ = Bronze   SL = Silver
WH = White    GY = Gray
BK = Black

**ORDERING INFORMATION (WPL140-70W-40K-V1-N-PC-T2-S1-BZ)**





- Industrial grade Impact & weather resistant fixture with die cast housings and clear polycarbonate T2 & T4 optic lenses

- 0-10V dimming @ DLC 5.1 Standard

- Photocell and photocell cover are optional.

- Lumileds chip and name brand driver @ 5 year warranty

- Easy hook hands free wall mount installation.Dark sky compliant mounting

# AREA LIGHT
## DESCRIPTION

## PROFESSIONAL OUTDOOR LIGHT

**MODEL:  ARL460/ARL480/ARL500**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| ARL460-60W | 8597LM | UP TO 131LPW | 120-277V, 347-480V | >70 | T2, T3, T4, T5 | 200W MH | -30-40°C | 5 YEARS |
| ARL460-90W | 12517LM | UP TO 131LPW | 120-277V, 347-480V | >70 | T2, T3, T4, T5 | 250W MH | -30-40°C | 5 YEARS |
| ARL460-120W | 14717LM | UP TO 125LPW | 120-277V, 347-480V | >70 | T2, T3, T4, T5 | 350W MH | -30-40°C | 5 YEARS |
| ARL480-150W | 19933LM | UP TO 142LPW | 120-277V, 347-480V | >70 | T2, T3, T4, T5 | 400W MH | -30-40°C | 5 YEARS |
| ARL480-200W | 24794LM | UP TO 131LPW | 120-277V, 347-480V | >70 | T2, T3, T4, T5 | 600W MH | -30-40 C | 5 YEARS |
| ARL480-250W | 31134LM | UP TO 127LPW | 120-277V, 347-480V | >70 | T2, T3, T4, T5 | 600W MH | -30-40°C | 5 YEARS |
| ARL500-300W | 43081LM | UP TO 138LPW | 120-277V, 347-480V | >70 | T2, T3, T4, T5 | 600W MH | -30-40°C | 5 YEARS |
| ARL500-380W | 51144LM | UP TO 138LPW | 120-277V, 347-480V | >70 | T2, T3, T4, T5 | 1000W MH | -30-40°C | 5 YEARS |

- Designed for maximum aesthetic appeal and thermal management with multiple mounting configurations for maximum application versatility
- Impact & weather resistant fixture with die cast housings and polycarbonate T2,T3,T4,T5 Optic lenses
- 3/7 pin twist lock receptacle as optional
- 0-10v dimming as an option
- LG 3535 chip and YG driver @ 5 year warranty

48

# AREA PACK
## DESCRIPTION

## PROFESSIONAL OUTDOOR LIGHT

**MODEL: ARL460/ARL480/ARL500**



| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | Distribution | SURGE PROTECTOR |
|---|---|---|---|---|---|---|---|
| ARL460 | 60W 90W 120W | 30K = 3000K 40K = 4000K 50K = 5000K | V8 = 120-277V V9 = 347-480V | D = Dimming N = Non-Dimming | PC = Photocell MS = Motion Sensor NA = None | T2 = TYPE II T3 = TYPE III T4 = TYPE IV T5 = TYPE V | NA = None S1 = Surge Protector |
| ARL480 | 150W 200W 250W | | | | | | |
| ARL500 | 300W 380W | | | | | | |

| HOUSING FINISH | MOUNTING |
|---|---|
| BZ = Bronze    SL = Silver WH = White    GY = Gray BK = Black | WM = Wall Mount    TR = Trunnion SF = Slip Fitter    EA = Extention Arm PB = Pole Bracket |

**ORDERING INFORMATION (ARL480-250W-40K-V8-D-PC-T5-S1-BZ-SF)**



PHOTOMETRY
ARL460-120W-T2
Mounting Height=20.00 FT

SCALE: 1 INCH = 25 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 9.97 FC
FOOT CANDLE= .1 2 5 1 2 5



PHOTOMETRY
ARL480-250W-T2
Mounting Height=30.00 FT

SCALE: 1 INCH = 40 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 9.00 FC
FOOT CANDLE= .1 2 5 1 2 5



PHOTOMETRY
ARL500-380W-T2
Mounting Height=30.00 FT

SCALE: 1 INCH = 40 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 15.47 FC
FOOT CANDLE= .1 .2 5 1 2 5 10

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

## MOUNTINGS/ACCESSORIES



EXTENSION ARM



POLE BRACKET

SLIP FITTER



TRUNNION



WALL

# AREA LIGHT
## DESCRIPTION



## PROFESSIONAL OUTDOOR LIGHT

**MODEL:  FSL600/FSL610/FSL620/FSL630/FSL640/FSL650**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| FSL600-32W | 4330LM | UP TO 140LPW | 120-277V | >70 | T3,T4,T5 | 150W MH | -30-40℃ | 5 YEARS |
| FSL610-64W | 8200LM | UP TO 140LPW | 120-277V | >70 | T3,T4,T5 | 250W MH | -30-40℃ | 5 YEARS |
| FSL620-100W | 13062LM | UP TO 140LPW | 120-277V 347-480V | >70 | T3,T4,T5 | 400W MH | -30-40℃ | 5 YEARS |
| FSL630-150W | 20000LM | UP TO 140LPW | 120-277V 347-480V | >70 | T3,T4,T5 | 400W MH | -30-40 C | 5 YEARS |
| FSL640-200W | 27000LM | UP TO 140LPW | 120-277V 347-480V | >70 | T3,T4,T5 | 1000W MH | -30-40℃ | 5 YEARS |
| FSL650-300W | 40000LM | UP TO 140LPW | 120-277V 347-480V | >70 | T3,T4,T5 | 1500W MH | -30-40℃ | 5 YEARS |

191.5 [7.54"]  66.5 [2.62"]  230.4 [9.07"]  136 [5.35"]

189.3 [7.45"]  68 [2.68"]  280.7 [11.05"]  136 [5.35"]

92 [3.62"]  219.3 [8.64"]  393.2 [15.48"]  152.4 [6.00"]

359.4 [14.15"]  92 [3.62"]  486.4 [19.15"]  299.8 [11.80"]  152.4 [6.00"]

398 [15.67"]  587.4 [23.13"]  152.4 [6.00"]

88 [3.46"]  571.4 [22.50"]  397.8 [15.66"]  91 [3.58"]

- Designed for maximum aesthetic appeal and thermal management with multiple mounting configurations for maximum application versatility

- Impact & weather resistant fixture with die cast housings and polycarbonate T3,T4,T5 Optic lenses

- button photocell and 3/7 pin twist lock receptacle as optional

- 0-10v dimming as standard @ DLC 5.1 Premium

- TOYODA GOSEI 3030 chip and high quality driver @ 5 year warranty

# AREA LIGHT
## DESCRIPTION



# PROFESSIONAL OUTDOOR LIGHT

**MODEL: FSL600/FSL610/FSL620/FSL630/FSL640/FSL650**

  

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | DISTRIBUTION | SURGE PROTECTOR |
|-------|---------|-----|---------|----------------|---------|--------------|-----------------|
| FSL600<br>FSL610<br>FSL620<br>FSL630<br>FSL640<br>FSL650 | 32W<br>64W<br>100W<br>150W<br>200W<br>300W | 30K = 3000K<br>40K = 4000K<br>50K = 5000K | V8 =120-277V<br>V9 =347-480V | D = Dimming<br>N = Non-Dimming | PC = Photocell<br>NA = None | T3 = TYPE III<br>T4 = TYPE IV<br>T5 = TYPE V | NA = None<br>S1 = Surge Protector |

| HOUSING FINISH | | MOUNTING | |
|---|---|---|---|
| BZ = Bronze   SL = Silver   GY = Gray<br>WH = White   BK = Black | | WM = Wall Mount   KN = Knuckle<br>SF = Slip Fitter   SA =Straight Arm | |

**ORDERING INFORMATION (FSL600-32W 30K-40K-V8-D-PC-T3-S1-BZ-EA)**



## MOUNTINGS/ACCESSORIES

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

Wall Mount : FSL-WM / Knuckle Mount : FSL-KN / Slip Fitter Mount: FSL-SF/Straight Arm Mount: FSL-SA

# TENNIS LIGHT
# DESCRIPTION



# PROFESSIONAL OUTDOOR LIGHT

## MODEL: ARL680

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| ARL680-445W | 65000LM | UP TO 154LPW | 120-277V 347-480V | >70 | T3,T4,T5, AT4, AT6 | 2000W MH | -30-40℃ | 5 YEARS |
| ARL680-540W | 75000LM | UP TO 143LPW | 120-277V | >70 | T3,T4,T5, AT4, AT6 | 2000W MH | -30-40℃ | 5 YEARS |

### ARL 680 - 445W
959 [37.755"]
170.4 [6.709"]

### ARL 680 - 540W
976.1 [38.431"]
406.4 [16.000"]
130.2 [5.125"]

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| ARL680 | 445W 540W | 30K = 3000K 40K = 4000K 50K = 5000K | V8 =120-347V V9 =120-347V | D = Dimming N =Non-Dimming | PC = Photocell MS = Motion Sensor NA = None | T3 = TYPE III T4 = TYPE IV T5 = TYPE V 4P = AT4 | 6P= AT6 |

| HOUSING FINISH | MOUNTING |
|---|---|
| BZ = Bronze   SL = Silver BK = Black   WH = White GY = Gray | MA = Mast Arm SA = Straight Arm |

**ORDERING INFORMATION (ARL680-445W-40K-V8-D-PC-T5-BZ-MA)**



PHOTOMETRY    ARL680-540W-AT4
Mounting Height=30.00 FT

SCALE: 1 INCH = 40 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 20.35 FC
FOOT CANDLE: 1  2  5  1  1  5  10  20

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

- Specification grade fixture designed for maximum aesthetic appeal with mast arm mount(2-3/8" O.D.)and straight arm mount(3"-4" square/round pole)
- Impact & weather resistant fixture with die cast housings and polycarbonate lenses.
- Proprietary optics engineered for 4-pole (AT4)or 6-pole (AT6) tennis court installations
- IES types 3, 4 and 5 for area lighting applications with Field installable backlight shield
- 3/7 pin twist lock receptacle as optional
- 0-10v dimming as standard @ DLC 5.1 Premium
- Lumileds 5050 chip and high quality driver @ 5 year warranty



# HIGHBAY LIGHT
# DESCRIPTION



## PROFESSIONAL OUTDOOR LIGHT

**MODEL: CHL510/CHL520**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| CHL510-100W | 15000LM | UP TO 150LPW | 120-277V | >70 | 60°, 90°, 120° | 400W MH | -30-40°C | 5 YEARS |
| CHL510-120W | 18000LM | UP TO 150LPW | 120-277V | >70 | 60°, 90°, 120° | 400W MH | -30-40°C | 5 YEARS |
| CHL520-150W | 22500LM | UP TO 150LPW | 120-277V | >70 | 60°, 90°, 120° | 600W MH | -30-40°C | 5 YEARS |
| CHL520-180W | 27000LM | UP TO 150LPW | 120-277V | >70 | 60°, 90°, 120° | 600W MH | -30-40 C | 5 YEARS |
| CHL520-200W | 30000LM | UP TO 150LPW | 120-277V | >70 | 60°, 90°, 120° | 1000W MH | -30-40 C | 5 YEARS |

 

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | ELECTRICAL OPTIONS | HOUSING FINISH | MOUNTING |
|---|---|---|---|---|---|---|---|
| CHL510 | 100W 120W | 30K = 3000K 40K = 4000K 50K = 5000K | V8 = 120-277V | D = Dimming N = Non-Dimming | MS=Motion Sensor EM=Emergency Backup NA=None | BZ = Bronze BK = Black | CM=Ceiling Mount HM=Hook Mount |
| CHL520 | 150W 180W 200W | | | | | | |

**ORDERING INFORMATION (CHL510-100W-40K-V8-D-MS-BZ-CM)**

 

- Industrial grade Impact & weather resistant fixture with die cast housings and glare free polycarbonate lenses

- Dedicated range of mounting accessories for surface mount,hook mount,and conduit mount

- Plug-and-play sensor and emergency batteriy backup as optional

- 0-10v dimming as standard @ DLC 5.1 standard

- Name brand chip and driver@5year warranty

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE



# HIGHBAY LIGHT
# DESCRIPTION

## PROFESSIONAL OUTDOOR LIGHT

**MODEL: CHL540/CHL550**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| CHL540-80W | 13600LM | UP TO 170LPW | 120-277V | >70 | 60°, 90°, 120° | 400W MH | -30-55 C | 5 YEARS |
| CHL540-120W | 20400LM | UP TO 170LPW | 120-277V | >70 | 60°, 90°, 120° | 600W MH | -30-55°C | 5 YEARS |
| CHL550-150W | 25500LM | UP TO 170LPW | 120-277V | >70 | 60°, 90°, 120° | 1000W MH | -30-55°C | 5 YEARS |
| CHL550-200W | 34000LM | UP TO 170LPW | 120-277V | >70 | 60°, 90°, 120° | 1000W MH | -30-55C | 5 YEARS |







| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | ELECTRICAL OPTIONS | HOUSING FINISH | MOUNTING |
|---|---|---|---|---|---|---|---|
| CHL540 | 80W<br>120W | 30K = 3000K<br>40K = 4000K | V8 = 120-277V<br>V10 = 120-347V | D = Dimming<br>N = Non-Dimming | MS=Motion Sensor<br>EM=Emergency Backup | BZ = Bronze<br>BK = Black | CM=Ceiling Mount<br>HM=Hook Mount |
| CHL550 | 150W<br>200W | 50K = 5000K | | | NA=None | | |

**ORDERING INFORMATION (CHL540-80W-40K-V8-D-MS-BZ-CM)**





- Industrial grade Impact & weather resistant fixture with die cast housings and glare free polycarbonate lenses

- Dedicated range of mounting accessories for surface mount,hook mount,and conduit mount

- Plug-and-play sensor and emergency batteriy backup as optional

- 0-10v dimming as standard @ DLC 5.1 standard

- Name brand chip and driver@5year warranty

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

# LED BOLLARDS

# DESCRIPTION

## PROFESSIONAL OUTDOOR LIGHT

**MODEL: RBL400/SSB600/TRB600**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| RBL400-25W<br>SSB600-25W<br>TRB600-25W | 3100LM | UP TO 125LPW | 120-277V, 374/480V | >70 | 180°, 360° | 70W MH | -30-40°C | 5 YEARS |

RBL400

837.84mm[32.986"]

Ø245.89mm[9.681"]

TBR600

1093.9mm[43.067"]

Ø152.4mm[6"]

255mm[10.039"]

SSB600

1079.1mm[42.484"]

208.6mm[8.213"]

[52.4mm[6"]]

208.6mm[8.213"]

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | DISTRIBUTION BEAM ANGLE | SURGE PROTECTOR |
|---|---|---|---|---|---|---|
| RBL400<br>SSB600<br>TBR600 | 25W | 30K = 3000K<br>40K = 4000K<br>50K = 5000K | V8 =120-277V<br>V7 =347/480V | D = Dimming<br>N = Non-Dimming | R0 = 360°<br>R3 = 180° | NA = None<br>S1 = Surge Protector |

| HOUSING FINISH | | HEIGHT |
|---|---|---|
| BZ = B ronze | SL = Silver | 38=38" |
| WH = White | GY = Gray | 42=42" |
| BK = Black | | |

**ORDERING INFORMATION (RBL400-25W-40K-V8-N-R3-S1-BZ-38)**



- Impact & weather resistant fixture with Aluminum housings and polycarbonate lenses.
- Custom tapered shapes available-square,round options available
- 180/360 degree lighting distribution available
- button photocell as optional
- Wattage field adjustable and 0-10v dimming as standard @ DLC 5.1 Premium
- Name brand chip and high quality driver @ 5 year warranty

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

55

# LED BOLLARDS

# DESCRIPTION

## PROFESSIONAL OUTDOOR LIGHT

**MODEL: SRB800**

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| SRB800-20W | 2400LM | UP TO 120LPW | 120-277V,374/480V | >70 | 180° | 50W MH | -30-40℃ | 5 YEARS |
| SRB800-25W | 2400LM | UP TO 105LPW | 120-277V,374/480V | >70 | 180° | 70W MH | -30-40℃ | 5 YEARS |
| SRB800-27W | 4200LM | UP TO 120LPW | 120-277V,374/480V | >70 | 360° | 70W MH | -30-40℃ | 5 YEARS |
| SRB800-35W | 4200LM | UP TO 105LPW | 120-277V,374/480V | >70 | 360° | 100W MH | -30-40℃ | 5 YEARS |



914.5 [36.00"]   φ267.1 [φ10.52"]   203.2 [8.00"]

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | DISTRIBUTION BEAM ANGLE | SURGE PROTECTOR |
|---|---|---|---|---|---|---|
| SRB800 | 20W 25W 27W 35W | 30K = 3000K 40K = 4000K 50K = 5000K | V8 =120-277V V7 =347/480V | D = Dimming N = Non-Dimming | R0 = 360° R3 = 180° | NA = None S1 = Surge Protector |

| HOUSING FINISH | | HEIGHT |
|---|---|---|
| BZ = B ronze | SL = Silver | 38=38" |
| WH = White | GY = Gray | 42=42" |
| BK = Black | | |

**ORDERING INFORMATION (SRB800-20W-40K-V8-N-R3-S1-BZ-38)**



ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

- Impact & weather resistant fixture with Aluminum housings and polycarbonate lenses.
- Custom tapered shapes available-square,round options available
- 180/360 degree lighting distribution available
- button photocell as optional
- Wattage field adjustable and 0-10v dimming as standard @ DLC 5.1 Premium
- Name Brand chip and high quality driver @ 5 year warranty

# SPORT LIGHT

# DESCRIPTION

## PROFESSIONAL OUTDOOR LIGHT

**MODEL: FLL800/FLL810**

DLC LISTED · c UL us LISTED · IP65

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| FLL800-600W | 75000LM | UP TO 130LPW | 120-277V/ 347-480V | >70 | 30° | 50W MH | -30-40°C | 5 YEARS |
| FLL810-1200W | 150000LM | UP TO 130LPW | 120-277V/ 347-480V | >70 | 30° | 100W MH | -30-40°C | 5 YEARS |

208
566
Φ460
Φ10
Φ22
10
187.8
240

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | OPTIONS | HOUSING FINISH |
|---|---|---|---|---|---|---|
| FLL800<br>FLL810 | 600W<br>1200W | 40K = 4000K<br>50K = 5000K | V8 = 120-277V<br>V9 = 347-480V | D = Dimming<br>N = Non-Dimming | PC = Photocell<br>NA = None | BZ = B ronze SL = Silver<br>WH = White GY = Gray<br>BK = Black |

**ORDERING INFORMATION (FLL800-600W-40K-V8-N-PC-BZ)**

PHOTOMETRY
FLL800-600W-30°
Mounting Height=30.00 FT
.5
3
50
8
.2
1
2
20
SCALE: 1 INCH = 20 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 289.94 FC
FOOT CANDLE= .2 .5 1 2 3 8 20 50

- Housing:ntegratedfin cooling heat sinkdesign,greatlyreduces thermal densityandmaintainsa low LEDjunction temperature. UVresistance andstabilizedpowdercoated finishin pretty appearance.
- OpticalLens:High light transmittance PC,anti-UVandfire resistant,beanangle 30° available.Lightsource:CREE LEDXPG3, CRI>80;High efficiency up to 130LM/W, over 75,000luminousflux for fixture.Energy savings up to 60% over traditional HIDsources for laborand material
- Driver:100-277or 277-480VAC 50/60Hz,PF⩾0.9; THD<20%;0-10V dimmingoptions compatiblewith all leading lighting control systems
- Certificate:UL/CUL/DLC and FCC/CE/CB/SAA/ICES/EMC
- Lumileds chip and name brand driver @ 5 year warranty



PROFESSIONAL
LIGHTS

# VAPOR PROOF
## DESCRIPTION



# SPECIAL OUTDOOR LIGHT

## MODEL: VPL

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| VPL-14W | 1412LM | UP TO 103LPW | 120-277V | >70 | GG,FG,FP | 35W MH | -30-40°C | 5 YEARS |
| VPL-25W | 2670LM | UP TO 105LPW | 120-277V | >70 | FP | 50W MH | -30-40°C | 5 YEARS |

186.7mm [7.35"] | 138.7mm [5.46"] | 288.9mm [11 38"] | 134.0mm [9.21"] | 114.8mm [4.52"] | 109.0mm [4.29"]

141.2mm [5.56"] | 280.5mm [11.04"] | 243.0mm [9.57"] | 109.0mm [4.29"] | 114.8mm [4.52"]

109.8mm [4.32"] | 88.9mm [3.50"] | 288.2mm [11.35"] | 234.1mm [9.22"] | 114.8mm [4.52"] | 109.0mm [4.29"]

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | DISTRIBUTION | HOUSING FINISH | MOUNTING |
|---|---|---|---|---|---|---|---|
| VPL | 14W<br>25W | 40K = 4000K<br>50K = 5000K<br>30K = 3000K | V8 = 120-277V | N = Non-Dimming<br>D = Dimming | FP = Frost Polycarbonate<br>GG = Glass Guard<br>FG = Frost PC + Guard | SB = Sand Blast | PM = Pendant<br>CM = Ceiling<br>WM = Wall |

**ORDERING INFORMATION (VPL-14W-40K-V8-D-FP-SB-PM)**



PHOTOMETRY
VPL-14W
Mounting Height=10.00 FT

SCALE: 1 INCH = 10 FT.
LIGHT LOSS FACTOR = 1.00
MAXIMUM CALCULATED VALUE = 5.15 FC
FOOT CANDLE = .1 2 5 1 2 5

ADDITIONAL PHOTOMETRICS AVAILABLE ONLINE

- Designed with precision die-cast aluminum housing for industrial and architectural applications

- Three different types of mounts are available and comes with a wide range of globe and guard accessories

- Ideal for entrances, stairwells, man doors, outdoor walkways, tunnels, and service areas

- High quality chip and driver @ 5 year warranty

# DOCK LIGHT
# DESCRIPTION



## SPECIAL OUTDOOR LIGHT

### MODEL: DLL 320

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| DLL320-25W | 2913LM | UP TO 119LPW | 120V | >70 | 2HX2V | 70W MH | -30-40℃ | 5 YEARS |



190.5mm [7.5"]   39.5mm [1.55"]   ⌀150mm [5.9"]   131.8mm [5.19"]

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | MECHANICAL ACCESSORIES | HOUSING FINISH | | MOUNTING |
|---|---|---|---|---|---|---|---|---|
| DLL320 | 25W | 40K = 4000K | V8 =120V-277V | N =Non-Dimming | WG = Wire Guard | BZ = B ronze | SL = Silver | 60 = 60" Arm |
| | | 50K = 5000K | | D = Dimming | ST = Standard | WH = White | GY = Gray | 42 = 42" Arm |
| | | | | | | BK = Black | YE = Yellow | NA = None |

**ORDERING INFORMATION (DLL320-25W-40K-V8-D-ST-YE-42)**



PHOTOMETRY

DLL-320-23W-2HX2V
Mounting Height=10.00 FT

SCALE: 1 INCH = 10 FT.
LIGHT LOSS FACTOR = 1.00

MAXIMUM CALCULATED VALUE = 237.42 FC
FOOT CANDLE= .5 1 2 5 10 20

- Impact & weather resistant fixture with die cast housings and tempered glass lenses

- individual optics for controlled beam

- optional wall mount arm with different lengths(42" and 60")

- High quality chip and driver @ 5 year warranty

# GAS STATION LIGHT

# DESCRIPTION

## SPECIAL OUTDOOR LIGHT

## MODEL: CVL700



| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| CVL700-100W | 16000LM | UP TO 160LPW | 120-277V | >70 | N/A | 400W MH | -30-40℃ | 5 YEARS |



380.7 [14.99"]    84.6 [3.33"]

380.7 [14.99"]

| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | HOUSING FINISH | |
|---|---|---|---|---|---|---|
| CVL700 | 100W | 40K = 4000K<br>50K = 5000K | V8 = 120-277V | D = Dimming<br>N = Non-Dimming | BZ = B ronze    SL = Silver<br>WH = White    GY = Gray<br>BK = Black | |

**ORDERING INFORMATION (CVL700-100W-40K-V8-N-BZ)**



PHOTOMETRY
CVL700-100W
Mounting Height=15.00 FT

SCALE: 1 INCH = 15 FT.
LIGHT LOSS FACTOR = 1.00

MAXIMUM CALCULATED VALUE = 25.98 FC
FOOT CANDLE= .5 1 2 3 5 10 20

- Impact & weather resistant fixture with die cast housings and clear tempered glass lenses

- Easy hook bracket and retainable self-drilling screw was included for hands free wiring and easy installation

- Good for close deck gas station

- Good performance chip and name brand driver @ 5 year warranty

61



# GAS STATION LIGHT
# DESCRIPTION



## SPECIAL OUTDOOR LIGHT

## MODEL: CVL800

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| CVL800-100W | 16000LM | UP TO 160LPW | 120-277V | >70 | N/A | 400W MH | -30-40℃ | 5 YEARS |



| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | HOUSING FINISH |
|---|---|---|---|---|---|
| CVL800 | 100W | 40K = 4000K<br>50K = 5000K | V8 = 120-277V | D = Dimming<br>N = Non-Dimming | BZ = Bronze  SL = Silver<br>WH = White  GY = Gray<br>BK = Black |

**ORDERING INFORMATION (CVL800-100W-40K-V8-N-BZ)**



- Impact & weather resistant fixture with die cast housings and clear tempered glass lenses
- Easy hook bracket and retainable self-drilling screw was included for hands free wiring and easy installation
- Good performance chip and name brand driver @ 5 year warranty

62

# GAS STATION LIGHT
# DESCRIPTION



## SPECIAL OUTDOOR LIGHT

### MODEL: CVL710

 

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| CVL710-100W | 16000LM | UP TO 160LPW | 120-277V | >70 | N/A | 400W MH | -30-40℃ | 5 YEARS |



| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | HOUSING FINISH |
|---|---|---|---|---|---|
| CVL710 | 100W | 40K = 4000K<br>50K = 5000K | V8 = 120-277V | D = Dimming<br>N = Non-Dimming | BZ = B ronze  SL = Silver<br>WH = White  GY = Gray<br>BK = Black |

**ORDERING INFORMATION (CVL710-100W-40K-V8-N-BZ)**



- Impact & weather resistant fixture with die cast housings and clear tempered glass lenses
- Easy hook bracket and retainable self-drilling screw was included for hands free wiring and easy installation.
- An up to 40°pivot head to maximize the light on petrol pump.
- Good for close deck gas station
- Good performance chip and name brand driver @ 5 year warranty

# GAS STATION LIGHT

# DESCRIPTION

## SPECIAL OUTDOOR LIGHT

## MODEL: CVL810

  

| NOMENCLATURE | LUMENS(LM) | EFFICACY(LPW) | INPUT VOLTAGE | CRI | DISTRIBUTION | EQUIVALENCY(W) | OPERATING TEMP | WARRANTY |
|---|---|---|---|---|---|---|---|---|
| CVL810-100W | 16000LM | UP TO 160LPW | 120-277V | >70 | N/A | 400W MH | -30-40℃ | 5 YEARS |



| MODEL | WATTAGE | CCT | VOLTAGE | DIMMING OPTION | HOUSING FINISH |
|---|---|---|---|---|---|
| CVL810 | 100W | 40K = 4000K 50K = 5000K | V8 = 120-277V | D = Dimming N = Non-Dimming | BZ = B ronze  SL = Silver WH = White  GY = Gray BK = Black |

**ORDERING INFORMATION (CVL810-100W-40K-V8-N-BZ)**



PHOTOMETRY

CVL810-100W
Mounting Height=15.00 FT

SCALE: 1 INCH = 15 FT.
LIGHT LOSS FACTOR = 1.00

MAXIMUM CALCULATED VALUE = 46.49 FC
FOOT CANDLE= .5 1 2 3 5 10 20

- Impact & weather resistant fixture with die cast housings and clear tempered glass lenses

- Easy hook bracket and retainable self-drilling screw was included for hands free wiring and easy installation.

- An up to 40°pivot head to maximize the light on petrol pump.

- Good performance chip and name brand driver @ 5 year warranty



ERAN INDUSTRIES LIMITED
MORELUX LIGHTING LIMITED

Add: 17/F Guangbo Mansion, #1357, Yinxian Avenue
Yinzhou District, Ningbo, China 315100

Tel: +86-574-87715000 / Fax:  +86-574-89017266
Email: info@moreluxlighting.com    Web: www.moreluxlighting.com