SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach)
Civil Action No. 9:21-cv-81386-BER

ERAN FINANCIAL SERVICES LLC,
Florida limited liability company,

      Plaintiff,

v.

ERAN INDUSTRIES LIMITED, a Belize entity; and
YE ZENG HUI, individually,

      Defendants/Counterclaimants.
_____/

ERAN INDUSTRIES LIMITED, a Belize entity,

      Third-Party Plaintiff,

v.

ERAN FINANCIAL SERVICES LLC; SHAI LEVITIN; and
ERAN LOGISTICAL SERVICES,

      Third-Party Defendants.

_____/

## **FORM OF VERDICT**

12621818
12621818

I.   **EFS' CLAIMS**   (EFS submits a competing verdict form only on its affirmative claims. EIB believes the following should be used for EFS's claims. EFS has also submitted the following in bold as to challenges.

A.   **Breach of Contract**

1a.   Did EFS prove by a preponderance of the evidence that EI Hong Kong communicated its acceptance of the Supply and Services Agreement by the signature of Ye Zeng Hui?

_____   Yes

_____   No

If your answer to this question is No, do not deliberate further with respect to whether EIB breached the Supply and Services Agreement.  If you answer is Yes, proceed to the next question.

1b.   Did EIB prove by a preponderance of the evidence that the purported signature of Mr. Ye on the Supply and Services Agreement is not genuine?

_____   Yes

_____   No

If your answer to this question is Yes, do not deliberate further with respect to whether EIB breached the Supply and Services Agreement.  If you answer is No, then proceed to the next question.

2.   Did EFS prove by a preponderance of the evidence that EIB is a successor to EI Hong Kong and therefore subject to the Supply and Services Agreement?

___   Yes

___   No

If your answer is No, do not deliberate further on whether EIB breached the Supply and Services Agreement?  If your answer is Yes, proceed to the next question.

3a.   Did EFS prove by a preponderance of the evidence that it performed all of its obligations under the Supply and Services **Agreement on or before November 2018** including the obligation to pay for goods sold and delivered by EIB in accord with the payment terms of the Supply and Services Agreement?

_____ Yes

_____ No

If your answer to this question is No, do not deliberate further with respect to whether EIB breached the Supply and Services Agreement. If you answer is Yes, proceed to the next question.

3b.    Did EIB prove by a preponderance of the evidence that EFS breach**ed** the Supply and Services Agreement by its failure, **commencing in 2018,** to pay for goods sold and delivered by EIB in accord**ance** with the payment terms of the Supply and Services Agreement?

_____ Yes

_____ No

If your answer to this question is Yes, do not deliberate further with respect to whether EIB breached the Supply and Services Agreement.  If you answer is No, proceed to the next question.

4.    Did EFS prove by a preponderance of the evidence that EIB breached the Supply and Services Agreement by soliciting or selling goods to specific entities that had been customers of EFS within 12 months of the solicitation or sale by EIB?

_____ Yes

_____ No

Regardless of you answer, proceed to the next question.

5a.    Did EFS prove by a preponderance of the evidence that any information obtained by EIB from EFS and used by EIB to solicit customers was not otherwise known to the public?

_____ Yes

_____ No

If your answer is No, you will not consider whether EFS suffered damages with respect to this alleged breach of the Supply and Services Agreement.  If the answer is Yes, proceed to the next question.

3

12621818
12621818

5b.    Did EFS prove by a preponderance of the evidence that EIB breached the Supply and Services Agreement by using confidential information obtained from EFS to solicit entities that had been EFS's customers during the 12 months prior to the solicitation?

　　　　____    Yes

　　　　____    No

Regardless of your answer, proceed to the next question.

6.    Did EFS prove by a preponderance of the evidence that EIB breached the Supply and Services Agreement by charging it more than 110% of EIB's total costs for specific orders?

　　　　____    Yes

　　　　____    No

If your answer to all questions 4, 5, and 6 was No, do not deliberate further with respect to whether EIB breached the Supply and Services Agreement.  If you answer to any questions 4, 5, or 6 was Yes, then proceed to the next question.

7.    If you find that EIB breached the Supply and Services Agreement, has EFS proved with reasonable certainty that the breach(es) caused it to lose profits?  You must consider breach(es) in questions 4, 5 and 6 separately.

　　　　____    Yes

　　　　____    No

If your answer is No, do not deliberate further with respect to whether EIB breached the Supply and Services Agreement.  If your answer is Yes, then proceed to the next question.

8.    Has EFS proved with reasonable certainty the amount of profits it lost as a result of the foregoing breach(es) of the Supply and Services Agreement? You must consider each breach in questions 4, 5 and 6 separately.

　　　　____    Yes

　　　　____    No

9.     If you answer to the foregoing question is Yes, what is the amount of profits lost by EFS as a result of the foregoing breach(es) of the Supply and Services Agreement?  You must consider each breach in questions 4, 5 and 6 separately.

$\underline{\hspace{3cm}}$

## B.     Tortious Interference With Prospective Economic Advantage

1.     Did EFS prove by a preponderance of the evidence that it had a business relationship with specific customers that involved an expectation that they would purchase goods from EFS in the future?

\_\_\_     Yes

\_\_\_     No

If your answer is No, do not proceed to consider the remaining issues with respect to tortious interference?  If your answer is Yes, proceed to the next question.

2.     Did EFS prove by a preponderance of the evidence that EIB, while knowing about this relationship, interfered with it by intentionally selling goods directly to the specific customers instead of selling goods to EFS for resale to those customers?

\_\_\_     Yes

\_\_\_     No

If your answer is No, do not proceed to consider the remaining issues with respect to tortious interference?  If your answer is Yes, proceed to the next question.

3.     Did EFS prove by a preponderance of the evidence that EIB used fraud, falsehood or other improper methods in competing with EFS for sales to those customers?

\_\_\_     Yes

\_\_\_     No

If your answer is No, do not proceed to consider the remaining issues with respect to tortious interference. If you answer is Yes, then proceed to the next question.

4.     Did EFS prove by a preponderance of the evidence that those specific customers would have continued to buy goods from EFS if EIB had not interfered with the relationship by selling directly to them?

     ____    Yes

     ____    No

If your answer is No, do not proceed to consider the remaining issues with respect to tortious interference.  If your answer is Yes, then proceed to the next question.

**5.    Did EIB prove by a preponderance of the evidence that EIB's solicitation of EFS's customers was motivated, at least in part, by EIB competing with EFS ?**

     **____    Yes**

     **____    No**

**If your answer is Yes, do not proceed to consider the remaining issues with respect to tortious interference.  If you answer is No, then proceed to the next question.**

6.     Did EIB prove by a preponderance of the evidence that its sales to EFS' customers were justified because EFS stopped paying EIB or that if it did not sell to them it would suffer financial losses in the form of unsold inventory.

     ____    Yes

     ____    No

If your answer is Yes, do not proceed to consider the remaining issues with respect to tortious interference. If you answer is No, then proceed to the next question.

7.     Did EFS prove with reasonable certainty the EIB's interference caused EIB to lose profits?

     ____    Yes

     ____    No

If your answer is No, do not proceed to consider the remaining issues with respect to tortious interference.  If your answer is Yes, then proceed to the next question.

12621818
12621818

8.     Has EFS proved with reasonable certainty the amount of profits it lost as a result of EIB's interference?

       ___     Yes

       ___     No

9.     If your answer to the previous question is Yes, what is the amount of profits lost by EFS as a result of EIB's interference?

       $_____

### C.     Unfair Competition – Trade Secrets

1.     Did EFS prove by a preponderance of the evidence that it owned specific information relating to **customer lists, and/or product photographs** *[customer information, customer lists, pricing information, and/or product photographs and detail drawings]*, that were not available to the public?

       ___     Yes

       ___     No

If your answer is No, do not consider further issues of whether EIB competed unfairly with EFS by using this information.  If your answer is Yes, proceed to the next question.

2.     Did EFS prove by a preponderance of the evidence that the information it owned had potential economic value to other persons, including EIB, if it was disclosed?

       ___     Yes

       ___     No

If your answer is No, do not consider further issues of whether EIB competed unfairly with EFS by using this information.  If your answer is Yes, proceed to the next question.

3.     Did EFS prove by a preponderance of the evidence that the information it owned was not readily ascertainable by proper means by other persons?

       ___     Yes

___ No

If your answer is No, do not consider further issues of whether EIB competed unfairly with EFS by using this information.  If your answer is Yes, proceed to the next question.

4.   Did EFS prove by a preponderance of the evidence that it took reasonable steps to protect the confidentiality of its **customer list or pricing information** *[customer information, customer lists, pricing information, and product photographs and/or detail drawings]*, from EIB in the absence of any agreement to keep it confidential?

___   Yes

___   No

If your answer is No, do not consider further issues of whether EIB competed unfairly with EFS by using this information.  If your answer is Yes, proceed to the next question.

5.    Did EFS prove by a preponderance of the evidence that EIB acquired EFS's **confidential customer list or confidential pricing information** *[customer information, customer lists, pricing information, and/or product photographs and detail drawings]*, through a person who had used improper means to acquires the information such as theft, bribery, or misrepresentation.

___   Yes

___   No

If your answer is No, do not consider further issues of whether EIB competed unfairly with EFS by using this information.  If you answer is Yes, then proceed to the next question.

6.   Did EFS prove by a preponderance of the evidence that EIB used EFS's improperly acquired **confidential customer list, confidential pricing information, or confidential photographs** *[customer information, customer lists, pricing information, and product photographs and detail drawings]*, to solicit EFS's customers to buy products developed by EFS?

___   Yes

___   No

12621818
12621818

If your answer is No, do not consider further issues of whether EIB competed unfairly with EFS by using this information.  If you answer is Yes, then proceed to the next question.

7.      Did EFS prove by a preponderance of the evidence that in connection with the sale, EIB disclosed or used EFS's **customer list, confidential pricing information, or confidential photographs** *[customer information, customer lists, pricing information, and product photographs and/or detail drawings]*, without EFS' express or implied consent at a time when EIB knew or had reason to know that its knowledge of this information came from or through a person who had used improper means to acquire that trade secret, such as, theft, bribery, or misrepresentation?

        ___    Yes

        ___    No

If your answer is No, do not consider further issues of whether EIB competed unfairly with EFS by using this information.  If you answer is Yes, then proceed to the next question.

8.      Did EFS prove with reasonable certainty that EIB's caused EIB to lose profits as a direct result of this conduct?

        ___    Yes

        ___    No

If your answer is No, do not consider further issues of whether EIB competed unfairly with EFS by using this information.  If you answer is Yes, then proceed to the next question.

9.      If your answer to the prior question is Yes, did EFS prove with reasonably certainty the amount of profits it lost as a result of EIB soliciting customers using EFS's confidential information?

        ___    Yes

        ___    No

If your answer is No, do not consider the amount of profits that EFS claims to have lost.  If your answer is Yes, then proceed to the next question.

12621818
12621818

10.     What amount did EFS lose profits it would otherwise have earned as a result of EIB's use of confidential information to solicit and sell to EFS customers?

$_____

12621818
12621818

## II.     EIB Counterclaims and Third-Party Claims

### A.     Breach of Contract – Goods Sold and Delivered

1.      For each of the 541 invoices for goods sold by EIB to EFS, it has been stipulated that EIB produced, shipped and delivered the goods at EFS's request, that EFS did not pay anything for the goods covered by each invoice in advance, **that EFS or its designee received the goods**, that EFS received invoices for the goods, that the invoices are accurate, **and that EFS made no contemporaneous objections to the invoices**.

2.      Did EIB prove by a preponderance of the evidence that EFS did not pay the invoiced price on invoice # _____?

         ____    Yes

         ____    No

3.      If your answer to the prior question is Yes, what is the amount due on invoice # _____?

         $_____

4.      Is the Supply and Services Agreement a valid contract between EFS and EIB?

         ____    Yes

         ____    No

If your answer to this issue is No, do not consider the next question. If your answer to the foregoing issue is Yes, proceed to the next question.

5.      Did EFS prove by a preponderance of the evidence that the price charged by EIB under invoice # _____ is greater than **110% above EIB's total** _[Manufacturing]_ **total cost** in violation of the Supply and Service Agreement?

         ____    Yes

         ____    No

If you answer is No, then proceed to question 6. If your answer is Yes, by what amount is the price charged under invoice # _____ **in excess of 110% of EIB's** _[Manufacturing]_ **total cost**? $_____.

[Repeat questions 1-5 for each invoice].

6.      What is the total amount due to EIB for goods sold and delivered under the 541 invoices?

$_____

### B.      Breach of Contract Expense Payments

1.      For each of the six invoices for expenses, it has been stipulated that EIB paid the expenses at EFS's request, **that EFS received the value of the expenses**, that EFS received invoices for the expenses, that the invoices are accurate, and that EFS made no contemporaneous objections to the invoices.

2.      Do you find that on or about **date,** EIB incurred expenses in the amount of $**amount** for the benefit of EFS and EFS agreed that it would reimburse EIB for that amount?

\_\_\_      Yes

\_\_\_      No

If your answer is No, do not proceed to the next question. If your answer is Yes then proceed to the next question.

3.      Has EFS repaid in full the amount of expense incurred by EIB?

\_\_\_      Yes

\_\_\_      No

If your answer is No, what is the total amount due from EFS to EIB for the unpaid expenses?

$_____

[Repeat for each expense reimbursement]

### C.    Breach of Contract – Loan

1.    Do you find that on or about December 19, 2019, EIB loaned $875,000 to Eran Logistical and that Eran Logistical agreed that it would repay that amount within a reasonable time?

    \_\_\_    Yes

    \_\_\_    No.

If your answer is No, do not consider the next question, and proceed to question 3.

2.    If your answer is Yes, has EFS repaid in full the amount loaned?

    \_\_\_    Yes

    \_\_\_    No

If your answer is No, what is the amount due from Eran Logistical to EIB for the unpaid amount of this loan?

    $_____

Proceed to the next question.

3.    Do you find that on or about April 7, 2020, EIB loaned $1,000,000 to Eran Logistical and that Eran Logistical agreed that it would repay the loan within a reasonable time?

    \_\_\_    Yes

    \_\_\_    No.

If your answer is No, do not consider the next question, and proceed to question 5.

4.    If your answer is Yes, has EFS repaid in full the amount loaned?

    \_\_\_    Yes

    \_\_\_    No

If your answer is No, what is the amount due from Eran Logistical to EIB for the unpaid amount of this loan?

    $_____

12621818
12621818

Proceed to the next question.

5.      Do you find that on or about June 12, 2020, EIB loaned $935,000 to Eran Logistical and that Eran Logistical agreed that it would repay the loan within a reasonable time?

          ____   Yes

          ____   No

If your answer is No, do not consider the next question and proceed to question 7.

6.      If your answer is Yes, has EFS repaid in full the amount loaned?

          ____   Yes

          ____   No

If your answer is No, what is the amount due from Eran Logistical to EIB for the unpaid amount of this loan?

          $_____

Proceed to the next question.

7.      Do you find that on or about October 15, 2020, EIB loaned $481,550 to Eran Logistical and that Eran Logistical agreed that it would repay the loan within a reasonable time?

          ____   Yes

          ____   No.

If your answer is No, do not consider the next question and proceed to question 9.

8.      If your answer is Yes, has EFS repaid in full the amount loaned?

          ____   Yes

          ____   No

If your answer is No, what is the amount due from Eran Logistical to EIB for the unpaid amount of this loan?

          $_____

14

Proceed to the next question.

9.    Do you find that on or about October 29, 2020, EIB loaned $500,000 to Eran Logistical and that Eran Logistical agreed that it would repay the loan within a reasonable time?

      \_\_\_    Yes

      \_\_\_    No.

If your answer is No, do not consider the next question and proceed to question 11

10.    If your answer is Yes, has EFS repaid in full the amount loaned?

      \_\_\_    Yes

      \_\_\_    No

If your answer is No, what is the amount due from Eran Logistical to EIB for the unpaid amount of this loan?

$_____

Proceed to the next question.

11.    Do you find that on or about November 6, 2020, EIB loaned $500,000 to Eran Logistical and that Eran Logistical agreed that it would repay the loan within a reasonable time?

      \_\_\_    Yes

      \_\_\_    No.

If your answer is No, do not consider the next question, and proceed to question 13.

12.    If your answer is Yes, has EFS repaid in full the amount loaned?

      \_\_\_    Yes

      \_\_\_    No

If your answer is No, what is the amount due from EFS to EIB for the unpaid amount of this loan?

12621818
12621818

$_____

Proceed to the next question.

13.    Do you find that on or about November 20, 2020, EIB loaned $500,000 to Eran Logistical and that EFS agreed that it would repay the loan within a reasonable time?

_____    Yes

_____    No.

If your answer is No, do not consider the next question, and proceed to question 15.

14.    If your answer is Yes, has EFS repaid in full the amount loaned?

_____    Yes

_____    No

If your answer is No, what is the amount due from Eran Logistical to EIB for the unpaid amount of this loan?

$_____

Proceed to the next question.

15.    Do you find that on or about April 6, 2021, EIB loaned $1,000,000 to Eran Logistical and that Eran Logistical agreed that it would repay the loan within a reasonable time?

_____    Yes

_____    No

If your answer is No, do not consider the next question, and proceed to question 17.

16.    If your answer is Yes, has EFS repaid in full the amount loaned?

_____    Yes

_____    No

12621818
12621818

If your answer is No, what is the amount due from EFS to EIB for the unpaid amount of this loan?

$_____

Proceed to the next question.

17.     Do you find that on August 24, 2020, EIB loaned $1,100,000 to Eran Logistical in installments and that Eran Logistical agreed that it would repay the loan within the sooner of EFS obtaining bank financing from Webster Bank, or within a reasonable time?

____   Yes

____   No

If your answer is No, do not consider the next question.

18.     If your answer is Yes, has Eran Logistical repaid in full the amount loaned?

____   Yes

____   No

If your answer is No, what is the amount due from EFS to EIB for the unpaid amount of this loan?

$_____

### D.     Account Stated

1.     Do you find by a preponderance of the evidence that EIB and EFS transacted business between them?

____   Yes

____   No

If your answer to this issue is No, do not consider the next question. If your answer to the foregoing issue is Yes, proceed to the next question.

2.     Do you find by a preponderance of the evidence that the 547 invoices sent by EIB to EFS constitute a statement of amounts due from EFS for goods sold and delivered to it by EIB and for unpaid expenses?

12621818
12621818

\_\_\_   Yes

\_\_\_   No

If your answer to this issue is No, do not consider the next question. If your answer to the foregoing issue is Yes, proceed to the next question.

3.   Do you find by a preponderance of the evidence that EFS failed to object to the account within a reasonable time?

\_\_\_   Yes

\_\_\_   No

If your answer to this issue is No, do not consider the next question. If your answer to the foregoing issue is Yes, proceed to the next question.

4.   Do you find that EFS agreed to pay the sums due under the invoices in return for the goods **and prepaid expenses?**

\_\_\_   Yes

\_\_\_    No

If your answer to this issue is No, do not consider the next question. If your answer to the foregoing issue is Yes, proceed to the next question.

5.   Do you find by a preponderance of the evidence that EFS has not paid the amount due as shown by the invoices?

\_\_\_   Yes

\_\_\_   No

If your answer to this issue is No, do not consider the next question. If your answer to the foregoing issue is Yes, proceed to the next question.

6.   If your answers to the prior questions are Yes, what amount do you find by a preponderance of the evidence is due to EIB under the account stated by the invoices?

$_____

12621818
12621818

### E.     Open Account

1.     Do you find by a preponderance of the evidence that EIB and EFS transacted business between them?

        ____     Yes

        ____     No.

If your answer to this issue is No, do not consider the next question. If your answer to the foregoing issue is Yes, proceed to the next question.

2.     Do you find by a preponderance of the evidence that the 547 invoices sent by EIB to EFS constitute an itemized statement of the amounts due from EFS for goods sold and delivered to it by EIB **and for prepaid expenses?**

        ____     Yes

        ____     No

If your answer to this issue is No, do not consider the next question. If your answer to the foregoing issue is Yes, proceed to the next question.

3.     Do you find by a preponderance of the evidence that EFS agreed to pay the sums due under the invoices in return for the goods **and prepaid expenses?**

        ____     Yes

        ____      No

If your answer to this issue is No, do not consider the next question. If your answer to the foregoing issue is Yes, proceed to the next question.

4.     Do you find by a preponderance of the evidence that EFS has not paid the amount due as shown by the invoices?

        ____     Yes

        ____     No

If your answer to this issue is No, do not consider the next question. If your answer to the foregoing issue is Yes, proceed to the next question.

12621818
12621818

5.     If your answers to the prior questions are Yes, what amount do you find by a preponderance of the evidence is due to EIB under the open account shown by the invoices?

$\underline{\hspace{2cm}}$

## F.     Fraudulent Misrepresentation

1.     Do you find by a preponderance of the evidence that Shai Levitin induced EIB to loan $1.1 million to Eran Logistical in August 2020 **by stating that Eran Logistical would use the loan as a short term bridge until it obtained bank financing and had the capacity to repay the loan from the bank financing, or other resources.**

\_\_\_     Yes

\_\_\_     No

If your answer is No, do not proceed to deliberate further on issues relating to fraudulent misrepresentation.

2.     If your answer to the prior question is Yes, do you find by a preponderance of the evidence that Shai Levitin knew at the time he made these statements that they were false?

\_\_\_     Yes

\_\_\_     No

If your answer is No, do not proceed to deliberate further on issues relating to fraudulent misrepresentation.

3.     If your answer to the prior question is Yes, do you find by a preponderance of the evidence that Shai Levitin intend that EIB would rely on those false statements as an inducement to make the loan?

\_\_\_     Yes

\_\_\_     No

If your answer is No, do not proceed to deliberate further on issues relating to fraudulent misrepresentation.

12621818
12621818

4.     If your answer to the prior question is Yes, do you find by a preponderance of the evidence that it was reasonable for EIB to rely on Shai Levitin's statements in extending the loan to Eran Logistical?

_____     Yes

_____     No

If your answer is No, do not proceed to deliberate further on issues relating to fraudulent misrepresentation.

5.     If your answer to the prior question is Yes, did reliance on Shai Levitin's false statements cause EIB to make the loan to Eran Logistical?

_____     Yes

_____     No

If your answer is No, do not proceed to deliberate further on issues relating to fraudulent misrepresentation.

6.     If your answer to the prior question is Yes, do you find by a preponderance of the evidence that Eran Logistical did not repay the loan?

_____     Yes

_____     No

If your answer is No, do not proceed to deliberate further on issues relating to fraudulent misrepresentation.

7.     If your answer to the prior question is Yes, what amount of money will compensate EIB for having made the unpaid loan?

$_____.

### G.     Fraudulent Transfer

1.     Do you find by a preponderance of the evidence that any of the following transfers of funds were made:

a.     From EFS to Shai Levitin

_____     Yes

12621818
12621818

        \_\_\_    No

b.     From EFS to Iris Levitin for the benefit of Shai Levitin

        \_\_\_    Yes

        \_\_\_    No

c.     From EFS to Eran Logistical

        \_\_\_    Yes

        \_\_\_    No

d.     From Eran Logistical to Shai Levitin.

        \_\_\_    Yes

        \_\_\_    No

e.     From Eran Logistical to Iris Levitin for the benefit of Shai Levitin.

        \_\_\_    Yes

        \_\_\_    No

f.     From EFS to Eran NPD for the benefit of Shai Levitin.

        \_\_\_    Yes

        \_\_\_    No

g.     From Eran NPD to Shai Levitin.

        \_\_\_    Yes

        \_\_\_    No

If you find that any of these transfers were made, proceed to the next question.

2.     Do you find by a preponderance of the evidence that either EFS or Eran Logistical are indebted to EIB at the present time?

        \_\_\_    Yes

_____   No

If your answer is Yes with respect to any of these persons, proceed to the next question.

3.      Do you find by a preponderance of the evidence that the entity making any of the foregoing transfers of money did not receive reasonably equivalent value in return for the transfer?

_____   Yes

_____   No

If your answer is Yes with respect to any transfer, proceed to the next question.

4a.     Do you find by a preponderance of the evidence that at the time of any transfer the remaining assets of EFS or Eran Logistical were unreasonably small in relation to its ongoing business?

_____   Yes

_____   No

4b.     Do you find by a preponderance of the evidence that EFS or Eran Logistical intended or reasonably believed at the time of the transfers that they were going to incur debts that they would not be able to repay as they came due?

_____   Yes

_____   No

If your answer **to either** <u>both</u> **questions 4a or 4b is Yes**, proceed to the next questions.  Otherwise, proceed to Section H.

5.      What is the amount do you find by a preponderance of the evidence was transferred to Shai Levitin directly or beneficially without receiving equivalent value in return?

$_____

6.     What is the amount do you find by a preponderance of the evidence was transferred to Erna Logistical directly or beneficially without receiving equivalent value in return?

$_____

### H.     Veil Piercing

1.     **It is stipulated in this action that Shai Levitin, EFS and Eran Logistical are not distinct from each other.**

2.     Do you find by a preponderance of the evidence that Shai Levitin used either or both EFS's or Eran Logistical's corporate form for **fraudulent or improper purposes?**

\_\_\_     Yes

\_\_\_     No

If your answer is Yes, did EIB prove by a preponderance of the evidence that it was harmed by Shai Levitin's improper or fraudulent use of the corporate form.

\_\_\_     Yes

\_\_\_     No

If your answer is Yes, you should enter judgment against Shai Levitin **for all amounts** you have previously determined **EFS and Eran Logistical are liable to EIB**, if any, *[for which Shai Levitin is found to have improperly used the corporate form of EFS or Eran Logistical for such purpose, if any].*

$_____